UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 22 P 2: 19
U.S. DISTRICT COURT
DISTRICT OF MASS

MAGISTRATE JUDGE RBC

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.<br>/RIO PROPERTIES, INC. D/B/A<br>RIO ALL-SUITE HOTEL & CASINO,<br><br>　　　　　　Defendant. | Civil Action No.<br><br>**04-12044 GAO** |

RECEIPT #_____
AMOUNT $ 150.00
SUMMONS ISSUED NA
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. M.P.
DATE 9/22/04

### DEFENDANT'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

Pursuant to 28 U.S.C. § 1441, defendant Rio Properties, Inc. ("Rio Properties" or "Defendant")[1] hereby removes the above-captioned action from the Superior Court Department of the Trial Court for Barnstable County to the United States District Court for the District of Massachusetts. In support of this notice, the Defendant states as follows:

1. This action was commenced in the Superior Court for Barnstable County on or about August 9, 2004, and was assigned Barnstable Superior Court Civil Action No. BACV2004-00477. Copies of the Summons and Complaint were served on the Defendant on or about September 1, 2004, less than 30 days ago.

2. The suit is wholly civil in nature, and alleges claims for personal injuries and loss of consortium.

---

[1] The Defendant is misnamed in the caption, and in the body of the complaint, as "Harrah's Entertainment, Inc./Rio Properties, Inc. d/b/a Rio All-Suite Hotel & Casino". The correct name of the alleged defendant is "Rio Properties, Inc.".

3.  This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a). The Plaintiffs are citizens of the Commonwealth of Massachusetts, and the Defendant is a citizen of another state, not Massachusetts. Although the Complaint does not specify a dollar amount of damages, the Plaintiffs have made a demand for $300,000.00.

4.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders purportedly served upon the Defendant are attached hereto as Exhibit 1. By removing this action to federal court, the Defendant does not waive any defenses available to it.

WHEREFORE, the Defendant respectfully petitions for removal of this action to the United States District Court for the District of Massachusetts.

RIO PROPERTIES, INC.
By its attorneys,

*Ann Pauly*
Ann Pauly (BBO #546197)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated: September 22, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand/facsimile on:
9/22/04  *Ann Pauly*