FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2004 SEP 22 P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

TIMOTHY W. CALKINS and )
CHRISTINE A. CALKINS, )
)
Plaintiffs, ) Civil Action No.
v. )
)
HARRAH'S ENTERTAINMENT, INC. )
/RIO PROPERTIES, INC. D/B/A ) **04-12044 GAO**
RIO ALL-SUITE HOTEL & CASINO, )
)
Defendant. )

## NOTICE OF APPEARANCE OF
## ANN PAULY, ESQ.

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of the defendant, Rio Properties, Inc. (improperly misnamed in the caption of plaintiff's complaint as "Harrah's Entertainment, Inc./Rio Properties, Inc. d/b/a Rio All-Suite Hotel & Casino").

Rio Properties, Inc.
By its attorneys,

_____
Ann Pauly (BBO #546197)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated:  September 22, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand/facsimile on:
9/22/04