UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>                    Plaintiffs,<br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.<br>/RIO PROPERTIES, INC. D/B/A<br>RIO ALL-SUITE HOTEL & CASINO,<br><br>                    Defendant. | Civil Action No. 04-12044-GAO |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b) (2), (3) (4) and (5), the Defendant hereby respectfully moves for an Order from the Court dismissing the above-captioned action on the grounds of failure to serve a legal entity or proper party, lack of personal jurisdiction, and forum non conveniens.

In support of its Motion to Dismiss, the Defendant refers the Court to the *Memorandum in Support of Defendant's Motion to Dismiss Complaint* and the *Affidavit Scott L. Malouf*, both of which are filed herewith.

WHEREFORE, the Court should dismiss with prejudice the plaintiffs' *Complaint and Demand for Jury Trial*, and should award the Defendant its costs and expenses incurred, including reasonable attorneys' fees, in bringing this Motion to Dismiss.

## REQUEST FOR ORAL ARGUMENT

The Defendant respectfully suggests that oral argument will aid the Court in its determination of its Motion to Dismiss, and requests that the Court schedule a hearing at its earliest convenience.

DEFENDANT

By its attorneys,

/s/ Ann Pauly
Ann Pauly (BBO #546197)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated: October 4, 2004

### Certificate Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the Plaintiffs and have been unable to resolve the issues raised in this motion.

/s/ Ann Pauly

### Certificate of Service

I, Ann Pauly, hereby certify that, on October 4, 2004, I caused a true copy of the foregoing to be served by U.S. Mail upon counsel for the defendants.

/s/ Ann Pauly
Ann Pauly