UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY W. CALKINS and )
CHRISTINE A. CALKINS, )
 )
      Plaintiffs, ) Civil Action No. 04-12044-GAO
v.
 
HARRAH'S ENTERTAINMENT, INC. )
/RIO PROPERTIES, INC. D/B/A
RIO ALL-SUITE HOTEL & CASINO, )
 )
      Defendant. )

## AFFIDAVIT OF SCOTT L. MALOUF

I, Scott L. Malouf, hereby depose and state as follows:

I make this affidavit of my own personal knowledge. I am over the age of twenty-one years, am suffering from no legal disability, and am competent to make this affidavit and testify to the statements and facts contained herein. I am an attorney admitted to the Bar of the Commonwealth of Massachusetts.

2.    In or about mid September 2004 and again on October 1, 2004, I searched the business entity directory on the website for the Secretary of State of the State of Nevada for a business entity with the name "Harrah's Entertainment, Inc./Rio Properties, Inc.". I found no entity by that name.

3.    Attached as Exhibit is a true and accurate copy of the "Notice of Service of Process" that Harrah's Entertainment, Inc. received.

4.    Attached as Exhibit 2 is a true and accurate copy of documents concerning the Plaintiffs from the files of the Rio Suite Hotel & Casino.

Signed under penalties of perjury, this 4th day of October, 2004

/s/ Scott L. Malouf
Scott L. Malouf

### Certificate of Service

I, Ann Pauly, hereby certify that, on October 4, 2004, I caused a true copy of the foregoing to be served by U.S. Mail upon counsel for the defendants.

/s/ Ann Pauly
Ann Pauly

# Exhibit 1



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

KH2 / ALL
Transmittal Number: 3638345
Date Processed: 09/01/2004

**Primary Contact:** Michael E Kostrinsky Esq.
Harrah's Entertainment, Inc. Corporate Offices
One Harrah's Court
Las Vegas, NV 89119-4312

| | |
|---|---|
| Entity: | Harrah's Entertainment, Inc. |
| | Entity ID Number 1720993 |
| Entity Served: | Harrah's Entertainment, Inc. |
| Title of Action: | Timothy W. Calkins vs. Harrah's Entertainment, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court: | Barnstable Superior Court, Massachusetts |
| Case Number: | 04-00477-A |
| Jurisdiction Served: | Nevada |
| Date Served on CSC: | 09/01/2004 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Jeffrey N. Catalano |
| | 617-720-2626 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC.**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

# Exhibit 2

```
                        COMPLIMENTARY

CALKINS TIM & CHRIS                     Room No  IT 1753
99493065                                Page No      1
2 LANDING DR                            Guests       2
**CMNTS RE: CAB FARE**                  Res ID.  374654371561
BREWSTER        MA    02631             Fol ID.  374835617916
                                        Arvl Dt  8/13/02
                                        Dept Dt  8/20/02
                                        Group    WBEST2
                                        T/A No.
C$200                   TABLE $200 FOOD/BEV P/STA

   DATE     REFERENCE      DESCRIPTION        SPLIT      AMOUNT

  8/16/02  374835622707    BUZIO'S                       105.85
EXTERNAL TICKET # 0949477
  8/20/02  374879203115    COMP                          105.85-


              TOTAL              0.00




14:49   7:04 PNC    8/20/02374654371561CALKINS TIM & CHRIS
```

GROUP DELEGATE/CONVENTION

```
CALKINS TIM & CHRIS                          Room No
BEST RESERVATIONS HM SP A                    Page No      1
6280 S. VALLEY VIEW BLVD.                    Guests       1
#102                                         Res ID.  372087029945
LAS VEGAS       NV   89118                   Fol ID.  374805489988
                                             Arvl Dt  8/13/02
                                             Dept Dt  8/20/02
                                             Group    WBEST2
                                             T/A No.
         TRANSFER FROM  TIM & CHRIS                CALKINS         374654371561
GROOM                   ROOM TO N/A

  DATE     REFERENCE      DESCRIPTION         SPLIT      AMOUNT

 8/13/02   374809001564   ROOM CHARGE IT 1753            49.00
EXTERNAL TICKET # IT 1753
                          TAX                             4.41
 8/14/02   374819001557   ROOM CHARGE IT 1753            49.00
EXTERNAL TICKET # IT 1753
                          TAX                             4.41
 8/15/02   374829001477   ROOM CHARGE IT 1753            49.00
EXTERNAL TICKET # IT 1753
                          TAX                             4.41
 8/16/02   374839001555   ROOM CHARGE IT 1753           115.00
EXTERNAL TICKET # IT 1753
                          TAX                            10.35
 8/17/02   374849001562   ROOM CHARGE IT 1753           115.00
EXTERNAL TICKET # IT 1753
                          TAX                            10.35
 8/18/02   374859001535   ROOM CHARGE IT 1753            54.00
EXTERNAL TICKET # IT 1753
                          TAX                             4.86
 8/19/02   374869001588   ROOM CHARGE IT 1753            54.00
EXTERNAL TICKET # IT 1753
                          TAX                             4.86
 8/20/02   374875761548   GROUP SETTLEMENT              528.65-
XFR TO     372087029945   WBEST2      *GROUP MASTER*
                          FRM 8/13/02 TO 8/20/02

             TOTAL             0.00


 3:39   0:00 DIR      8/20/02372087029945CALKINS TIM & CHRIS
```

GUEST PAY

```
CALKINS TIM & CHRIS                    Room No IT 1753
99493065                               Page No     1
2 LANDING DR                           Guests      2
**CMNTS RE: CAB FARE**                 Res ID. 374654371561
BREWSTER         MA    02631           Fol ID. 374805496228
                                       Arvl Dt  8/13/02
                                       Dept Dt  8/20/02
                                       Group    WBEST2
                                       T/A No.
```

| DATE | REFERENCE | DESCRIPTION | SPLIT | AMOUNT |
|---|---|---|---|---|
| 8/13/02 | 374805496226 | LONG DISTANCE CALL 000005088968640 5088968640  08/13 17:22 | | 11.74 |
| 8/14/02 | 374815507520 | LONG DISTANCE CALL 000005082401975 5082401975  08/14 04:51 | | 15.50 |
| 8/14/02 | 374815520776 | LONG DISTANCE CALL 000005088962003 5088962003  08/14 10:36 | | 15.50 |
| 8/14/02 | 374815535081 | LONG DISTANCE CALL 000000000000411 411  08/14 16:50 | | 1.25 |
| 8/15/02 | 374825575767 | LONG DISTANCE CALL 000005088962003 5088962003  08/15 15:55 | | 11.74 |
| 8/15/02 | 374825575956 | LONG DISTANCE CALL 000005088968640 5088968640  08/15 16:00 | | 11.74 |
| 8/15/02 | 374825576167 | LONG DISTANCE CALL 000005088962003 5088962003  08/15 16:06 | | 11.74 |
| 8/16/02 | 374835599419 | 00001 LOCAL CALLS 000000006567265 6567265  08/16 06:57 | | 1.25 |
| 8/16/02 | 374835599453 | 00001 LOCAL CALLS 000000006567265 6567265  08/16 06:59 | | 1.25 |
| 8/16/02 | 374835599508 | 00001 LOCAL CALLS 000000006567265 6567265  08/16 07:01 | | 1.25 |
| 8/16/02 | 374835623800 | 00001 LOCAL CALLS 000000007777696 7777696  08/16 16:44 | | 1.25 |
| 8/16/02 | 374835623852 | 00001 LOCAL CALLS 000000007772350 7772350  08/16 16:47 | | 1.25 |
| 8/16/02 | 374835624162 | 00001 LOCAL CALLS 000000007926022 7926022  08/16 16:56 | | 1.25 |
| 8/17/02 | 374845647302 | 00001 LOCAL CALLS 000000003841045 3841045  08/17 07:59 | | 1.25 |

14:49   7:04 FMC       8/20/02374654371561CALKINS TIM & CHRIS

```
                              GUEST PAY


CALKINS TIM & CHRIS                    Room No  IT 1753
99493065                               Page No     2
2 LANDING DR                           Guests      2
**CMNTS RE: CAB FARE**                 Res ID. 374654371561
BREWSTER         MA   02631            Fol ID. 374805496228
                                       Arvl Dt  8/13/02
                                       Dept Dt  8/20/02
                                       Group   WBEST2
                                       T/A No.


  DATE      REFERENCE      DESCRIPTION          SPLIT    AMOUNT

  8/17/02   374845656350   LONG DISTANCE CALL            11.74
                           000005087267914
                             5087267914  08/17 13:09
  8/19/02   374865750725   00001 LOCAL CALLS              1.25
                           0000000065672655
                             6567265  08/19 20:33
  8/20/02   374875761512   ADJUSTMENT                    53.70-
  EXTERNAL TICKET # 123903
                           UNDER ONE MINUTE
  8/20/02   374875761549   FRONT DESK MASTER CARD        37.25-
                           12/04 532350187


               TOTAL           0.00




  14:49    7:04 FMC    8/20/02374654371561CALKINS TIM & CHRIS
```

GROUP DELEGATE/CONVENTION

```
CALKINS TIM & CHRIS                          Room No
BEST RESERVATIONS WH SP A                    Page No    1
6280 S. VALLEY VIEW BLVD.                    Guests     1
#302                                         Res ID.  372087029945
LAS VEGAS        NV    89118                 Fol ID.  374805489988
                                             Arvl Dt
                                             Dept Dt
                                             Group    WBES72
                                             T/A No.
            TRANSFER FROM  TIM & CHRIS            CALKINS       374654371561
GROOM                     ROOM TO N/A

   DATE      REFERENCE        DESCRIPTION          SPLIT      AMOUNT

  8/13/02   374809001564   ROOM CHARGE IT 1753                  49.00
EXTERNAL TICKET # IT 1753
                          TAX                                    4.41
  8/14/02   374819001557   ROOM CHARGE IT 1753                  49.00
EXTERNAL TICKET # IT 1753
                          TAX                                    4.41
  8/15/02   374829001477   ROOM CHARGE IT 1753                  49.00
EXTERNAL TICKET # IT 1753
                          TAX                                    4.41
  8/16/02   374839001555   ROOM CHARGE IT 1753                 115.00
EXTERNAL TICKET # IT 1753
                          TAX                                   10.35
  8/17/02   374849001562   ROOM CHARGE IT 1753                 115.00
EXTERNAL TICKET # IT 1753
                          TAX                                   10.35
  8/18/02   374859001535   ROOM CHARGE IT 1753                  54.00
EXTERNAL TICKET # IT 1753
                          TAX                                    4.86
  8/19/02   374869001588   ROOM CHARGE IT 1753                  54.00
EXTERNAL TICKET # IT 1753
                          TAX                                    4.86
  8/20/02   374875761548   GROUP SETTLEMENT                    528.65-
  XFR TO    372087029945   WBES72      *GROUP MASTER*
                           FRM 8/11/02 TO 8/20/02


            TOTAL              0.00
```

1:39   15:54 DIR        0/00/00372087029945CALKINS TIM & CHRIS

GROUP DELEGATE/CONVENTION

```
CALKINS TIMOTHY & CHRIS*B              Room No
LAS VEGAS RES SYSTEMS WH               Page No    1
                                       Guests     1
                                       Res ID.  365583750104
                                       Fol ID.  367134083690
                                       Arvl Dt  7/07/00
                                       Dept Dt  7/15/00
                                       Group    WLVR201
                                       T/A No.
              TRANSFER FROM  TIMOTHY & CHRIS*STACKED** CALKINS       167063372621
GROOM                        ROOM TO M/A

   DATE       REFERENCE        DESCRIPTION            SPLIT      AMOUNT

  7/07/00    367139000443    ROOM CHARGE IT   825                 95.00
EXTERNAL TICKET # IT  825
                             TAX                                   8.55
  7/08/00    367149000477    ROOM CHARGE IT   825                 95.00
EXTERNAL TICKET # IT  825
                             TAX                                   8.55
  7/09/00    367159000441    ROOM CHARGE IT   825                 45.00
EXTERNAL TICKET # IT  825
                             TAX                                   4.05
  7/10/00    367169000473    ROOM CHARGE IT   825                 45.00
EXTERNAL TICKET # IT  825
                             TAX                                   4.05
  7/11/00    367179000436    ROOM CHARGE IT   825                 45.00
EXTERNAL TICKET # IT  825
                             TAX                                   4.05
  7/12/00    367189000414    ROOM CHARGE IT   825                 45.00
EXTERNAL TICKET # IT  825
                             TAX                                   4.05
  7/13/00    367199000422    ROOM CHARGE IT   825                 45.00
EXTERNAL TICKET # IT  825
                             TAX                                   4.05
  7/14/00    367209000766    ROOM CHARGE IT  1119                 95.00
EXTERNAL TICKET # IT 1119
                             TAX                                   8.55
  7/15/00    367214345024    GROUP SETTLEMENT                    555.90-
XFR TO       365583750104    WLVR201   *GROUP MASTER*
                             FRM 7/07/00 TO7/15/00


              TOTAL              0.00




3:45   18:59 DIR       7/15/00365583750104CALKINS TIMOTHY & CHRIS*B
```

GUEST PAY

```
CALKINS TIMOTHY & CHRIS*S              Room No IT 1119
LVRS1223487                            Page No    1
2 LANDING DR                           Guests     2
                                       Res ID. 367063372621
BREWSTER        MA    02631            Fol ID. 367144094133
                                       Arvl Dt  7/07/00
                                       Dept Dt  7/15/00
                                       Group    WLVR201
                                       T/A No.
```

| DATE | REFERENCE | DESCRIPTION | SPLIT | AMOUNT |
|---|---|---|---|---|
| 7/08/00 | 367144094131 | LONG DISTANCE CALL 000000000000411 411 07/08 08:23 | | 1.00 |
| 7/08/00 | 367144099372 | 00001 LOCAL CALLS 000000006567265 6567265 07/08 11:34 | | 1.00 |
| 7/08/00 | 367144109132 | LONG DISTANCE CALL 000005088962003 5088962003 07/08 16:56 | | 8.92 |
| 7/08/00 | 367144109656 | LONG DISTANCE CALL 000005084326595 5084326595 07/08 17:09 | | 8.92 |
| 7/08/00 | 367144109704 | LONG DISTANCE CALL 000005084326595 5084326595 07/08 17:10 | | 8.92 |
| 7/08/00 | 367144110008 | LONG DISTANCE CALL 000005088962003 5088962003 07/08 17:16 | | 13.26 |
| 7/09/00 | 367154130592 | 00001 LOCAL CALLS 000000006567265 6567265 07/09 10:06 | | 1.00 |
| 7/09/00 | 367154134252 | 00001 LOCAL CALLS 000000006567265 6567265 07/09 11:47 | | 1.00 |
| 7/09/00 | 367154140348 | 00001 LOCAL CALLS 000000006567265 6567265 07/09 14:23 | | 1.00 |
| 7/09/00 | 367154143659 | LONG DISTANCE CALL 000005088962003 5088962003 07/09 15:58 | | 11.53 |
| 7/09/00 | 367154147784 | BUZIO'S EXTERNAL TICKET # 0977167 | | 61.37 |
| 7/10/00 | 367164180310 | LONG DISTANCE CALL 000005088962003 5088962003 07/10 16:17 | | 15.00 |
| 7/10/00 | 367164182752 | 00001 LOCAL CALLS 000000006567265 6567265 07/10 17:30 | | 1.00 |
| 7/12/00 | 367184238791 | 00001 LOCAL CALLS 000000006567265 6567265 07/12 11:23 | | 1.00 |
| 7/12/00 | 367184245596 | 00001 LOCAL CALLS 000000006567265 6567265 07/12 14:50 | | 1.00 |

```
23:32   4:21 FVS      7/15/00367063372621CALKINS TIMOTHY & CHRIS*S
```

```
                              GUEST PAY

CALKINS TIMOTHY & CHRIS*S              Room No IT 1119
LVR81223487                            Page No    2
2 LANDING DR                           Guests     2
                                       Res ID. 367063372621
BREWSTER          MA    02631          Fol ID. 367144054133
                                       Arvl Dt  7/07/00
                                       Dept Dt  7/15/00
                                       Group   WLVR201
                                       T/A No.


  DATE       REFERENCE      DESCRIPTION        SPLIT    AMOUNT

  7/13/00   367194281217   CASH                         103.55-
  7/13/00   367194284820   LONG DISTANCE CALL            14.14
                           0000005088962003
                            5088962003  07/13 16:28
  7/14/00   367204307527   ADJUSTMENT                    26.76-
 EXTERNAL TICKET # 188227
                           ADJ OFF L DST UNDER 1 MIN
  7/14/00   367204307571   CASH                          17.75-


              TOTAL            0.00




23:32    4:21 PVS       7/15/00367063372621CALKINS TIMOTHY & CHRIS*S
```

```
                    GROUP DELEGATE/CONVENTION

CALKINS TIMOTHY & CHRIS*S                    Room No
LAS VEGAS RES SYSTEMS WH                     Page No    1
                                             Guests     1
                                             Res ID. 365583750104
                                             Fol ID. 357134083690
                                             Arvl Dt
                                             Dept Dt
                                             Group    WLVR201
                                             T/A No.
               TRANSFER FROM  TIMOTHY & CHRIS*STACKED** CALKINS    367063372621
GROOM                         ROOM TO N/A

   DATE     REFERENCE      DESCRIPTION           SPLIT    AMOUNT

  7/07/00   367139000443   ROOM CHARGE IT   825             95.00
EXTERNAL TICKET # IT  825
                          TAX                                8.55
  7/08/00   367149000477   ROOM CHARGE IT   825             95.00
EXTERNAL TICKET # IT  825
                          TAX                                8.55
  7/09/00   367159000441   ROOM CHARGE IT   825             45.00
EXTERNAL TICKET # IT  825
                          TAX                                4.05
  7/10/00   367169000473   ROOM CHARGE IT   825             45.00
EXTERNAL TICKET # IT  825
                          TAX                                4.05
  7/11/00   367179000436   ROOM CHARGE IT   825             45.00
EXTERNAL TICKET # IT  825
                          TAX                                4.05
  7/12/00   367189000414   ROOM CHARGE IT   825             45.00
EXTERNAL TICKET # IT  825
                          TAX                                4.05
  7/13/00   367199000422   ROOM CHARGE IT   825             45.00
EXTERNAL TICKET # IT  825
                          TAX                                4.05
  7/14/00   367209000766   ROOM CHARGE IT  1119             95.00
EXTERNAL TICKET # IT 1119
                          TAX                                8.55
  7/15/00   367214345024   GROUP SETTLEMENT                555.90-
XFR TO      365583750104  WLVR201   *GROUP MASTER*
                          FRM 7/07/00 TO7/15/00


           TOTAL          0.00




3:45   18:59 DIR     0/00/00365583750104CALKINS TIMOTHY & CHRIS*S
```