UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and <br> CHRISTINE A. CALKINS, <br><br> Plaintiffs, <br><br> v. <br><br> HARRAH'S ENTERTAINMENT, INC., <br> HARRAH'S OPERATING COMPANY, <br> INC., RIO PROPERTIES, INC., RIO <br> HOTEL & CASINO, INC. d/b/a RIO <br> ALL-SUITE HOTEL & CASINO and the <br> RIO, <br><br> Defendants. | Civil Action No. 04-12044-GAO |

## MOTION TO FILE BRIEF IN EXCESS OF TWENTY PAGES

The plaintiffs Timothy and Christine Calkins herewith respectfully move for leave to submit a memorandum in excess of twenty-pages. In support of their motion, the plaintiffs state:

1. The plaintiffs has filed a twenty-four page opposition to the defendant's Motion to Dismiss Complaint.

2. The plaintiffs seek leave to file an opposition which is twenty-four pages long. The plaintiffs believe in good faith that they could not address the issues the defendant raises in fewer pages.

WHEREFORE, the plaintiffs respectfully request that this Honorable Court grant them leave to file a brief which is twenty-four (24) pages long.

Respectfully submitted,

TIMOTHY W. CALKINS and
CHRISTINE A. CALKINS

By their attorneys,

*/s/ Jeffrey N. Catalano*

Christopher R. O'Hara (BBO # 548611)
Jeffrey N. Catalano (BBO # 567798)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated:

### CERTIFICATE OF SERVICE

I, Jeffrey N. Catalano, hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record via electronic mail ~~and regular mail~~ this 18th day of October, 2004.

*/s/ Jeffrey N. Catalano*