# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>    Defendants. | Civil Action No. 04-12044-GAO |

## AFFIDAVIT OF TIMOTHY W. CALKINS

I, Timothy W. Calkins, being duly sworn, do hereby depose and state as follows:

1. I make this affidavit on personal knowledge.

2. In August of 2000, I went with my wife Christine Calkins to the Rio All-Suite Hotel & Casino in Las Vegas, Nevada for a vacation. We had looked into the hotel and casino on its website and I made our reservations on-line through the Rio's interactive website.

3. When we returned from our vacation that year, and through 2001, we continued to receive from the Rio promotional and marketing letters and brochures in the mail at our home in Brewster, Massachusetts. The purpose of these materials was to entice us to return to the Rio by providing information on special discounts and upcoming events.

4. Because of these continuous solicitations, my wife and I considered returning to the Rio for another vacation in the summer of 2002. However, we felt that we could not afford to go because of our tight financial situation.

5. A friend of ours, Nancy Griffin, who was temporarily living in our home, heard us tell her that we wanted to return to the Rio, but that we could not afford it.

6. As a result, Nancy booked reservations for us with the Rio on-line through its interactive website. A copy of a confirming e-mail is attached as Exhibit A.

7. She then surprised us by telling us she paid for us to go the Rio in return for the favor for letting her stay at our home that summer free of charge.

8. As a result, we left for the Rio on August 13, 2002. On August 14, 2002, the events detailed on our Complaint occurred at the Rio resulting in substantial injuries to my head and neck.

9. After our return, and through 2003, we continued to receive promotional and marketing materials from the Rio at our home enticing us to return to the Rio. Copies of these materials are attached as Exhibit B.

10. In addition, throughout the last several years, I have seen many television commercials advertising the Rio and all of its amenities while watching various television programs at my home.

11. In addition, I recently saw a one-hour long segment on either the Discovery Channel or the Travel Channel featuring the Rio's hotel and casino in Las Vegas, Nevada.

SIGNED under the pains and penalties of perjury on this 12th day of October, 2004.

_____
Timothy W. Calkins

# EXHIBIT A

EXHIBIT A

HOTEL (handwritten)

| | |
|---|---|
| Subj: | **i4vegas.com Confirmation: TW-99493065** |
| Date: | 7/28/2002 9:34:35 PM Eastern Standard Time |
| From: | res@i4vegas.com |
| To: | nangrazie@aol.com |

*Sent from the Internet (Details)*

ATIN: Jeff (handwritten)

```
***************************************************
*      Thank you for choosing i4vegas.com!         *
*  For questions or changes to your reservation(s) *
*  Please call Customer Care Toll-Free at 1-800-652-6575 *
*  Please have your confirmation number available when *
*  calling.                                        *
***************************************************
```

**************** RECEIPT INFORMATION ***********************

i4vegas Master Confirmation #: TW-99493065
Confirmation Date and Time: 7/28/2002 6:34:12 PM
Confirmation sent via Email to: nangrazie@aol.com

******************** HOTEL INFORMATION **********************

Rio Suites Hotel & Casino
3700 West Flamingo Rd. Las Vegas, NV 89103
————————————
i4vegas Confirmation: TW-99493065
Check-in: 8/13/2002
Check-out: 8/20/2002
No. nights: 7

Room1: Tim & Chris Calkins
Bed type: 1 King
Smoking: No

***************** PAYMENT SUMMARY ***************************

Current Payment:
 7/28/2002 Visa  xxxxxxxxxx8498
 Total Price: $706.72

Your credit card will be charged directly by BESTRESERV/TRAVELWORM for the amount of $706.72

********************** HOTEL POLICIES ***********************

The cancellation policy is as follows -
Any cancellations or changes made more than 3 days prior to arrival are subject to a $25
handling fee per room. Cancellations or changes made within 3 days of arrival
are subject to a $25 handling fee PLUS the first night's room rate per room.
Cancellations made within 48 hours of arrival date are completely non-refundable.

Tuesday, July 30, 2002 America Online: Nangrazie

# EXHIBIT B

EXHIBIT B

# Harrah's Las Vegas and Rio Room Rates

## November/December

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 23 Harrahs | 24 Harrahs | 25 Harrahs | 26 Harrahs | 27 Harrahs | 28 Harrahs | 29 Harrahs |
| 30 $19 | 1 $19 | 2 $19 | 3 $19 | 4 $19 | 5 Harrahs | 6 Harrahs |
| 7 $29 | 8 $29 | 9 $29 | 10 $29 | 11 FREE | 12 $59 | 13 $79 |
| 14 FREE | 15 FREE | 16 FREE | 17 FREE | 18 FREE | 19 FREE | 20 $39 |
| 21 $19 | 22 $19 | 23 $39 | 24 $39 | 25 $19 | 26 Harrahs | 27 Harrahs |
| 28 Harrahs | 29 Harrahs | 30 Harrahs | 31 Harrahs | | | |

# Harrah's Laughlin Room Rates

## November/December

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 23 Harrahs | 24 Harrahs | 25 Harrahs | 26 Harrahs | 27 $55 | 28 $55 | 29 $49 |
| 30 FREE | 1 FREE | 2 FREE | 3 FREE | 4 FREE | 5 $37 | 6 $37 |
| 7 FREE | 8 FREE | 9 FREE | 10 FREE | 11 FREE | 12 $35 | 13 $35 |
| 14 FREE | 15 FREE | 16 FREE | 17 FREE | 18 FREE | 19 $30 | 20 $30 |
| 21 FREE | 22 FREE | 23 FREE | 24 FREE | 25 FREE | 26 $37 | 27 $37 |
| 28 FREE | 29 Harrahs | 30 Harrahs | 31 Harrahs | | | |



**MORE**

Dear Friend:

I don't want to make a big deal out of this, but I've just set aside 27 free nights to choose from for friends of Harrah's in December at Harrah's Las Vegas, Harrah's Laughlin or Rio All-Suite Hotel & Casino. Plus some attractive weekend rates. So take your choice of property, nail down your choice of two free nights on designated dates, phone to let us know when you'll arrive, and move in.

But please — don't breathe a word of this. Our generosity is legend when it comes to friends and our competitors go ballistic when they hear of it.

They're already upset about our Total Rewards program. I mean, you now earn Total Rewards Credits on every slot, table game, keno and sportsbook in the place. And if you stack up enough Credits, it's actually possible to earn a Harrah's limousine at your service for eight hours, get a golf lesson from the pro who taught Tiger Woods, or even invite your friends and fly cross-country in the company jet.

And something else. You can use your Reward Credits any time you want to, as long as you earn just one Reward Credit every six months. So if you want to hoard them for a special occasion like an anniversary or birthday, be my guest. Naturally, you can earn (and combine) Base Reward Credits at Harrah's Las Vegas, Harrah's Laughlin and Rio. And you get the same deal at any Harrah's, Rio, Showboat or Harveys nationwide.

So for gosh sakes, use your Total Rewards card every time you even THINK of playing slots or games or anything else you'll find at Harrah's. And if you've lost or misplaced your card, pick up a new card the minute you get here.

One more tiny item. I'm sending you some details on a holiday show at the Rio. The star is Jeff Trachta from "The Bold and the Beautiful," the singers and dancers are first rate, and the tab is only $29.95 per person. You'll hate yourself if you miss it.

Time for action. My reservations people are bracing themselves for your calls. Take your pick of property for this Nov/Dec 2003 getaway.

* For Harrah's Las Vegas or Rio, call 1-888-746-0240 and mention Offer Code: HRMICA1H37 or
* For Harrah's Laughlin, call 1-800-577-3508 and mention Offer Code: LOHICA1H25





Case 1:04-cv-12044-GAO Document 9-3 Filed 10/18/2004 Page 8 of 12

- For Harrah's Las Vegas or Rio, call 1-8[illegible]-0240 and mention Offer Code [illegible] or
- For Harrah's Laughlin, call 1-800-577-3508 and mention Offer Code LUHICA1H25.

Like I said, confirm today and you get the best dates. Thank you.

Kind Regards,

Tom Jenkin
Sr. Vice President & General Manager
Harrah's Las Vegas, Harrah's Laughlin & Rio

A Las Vegas Christmas Celebration
December 14th - December 25th
Make your plans now to see the best holiday variety show of the season.
Call the Rio Box Office for details.
Matinees available. 888-746-7784
Starring
Jeff Trachta
from "The Bold and the Beautifu
produced by
DICK FOSTER
Coca-Cola
Rio

P.O. Box 17070
Las Vegas, Nevada
89114

Dear Timothy,

Joe E. Lewis said, "I don't like money actually, but it quiets my nerves." Just in case you're in the same boat, I'm enclosing a check.

I know you're already a member of the Harrah's family, but we do things a bit differently at the Rio in Las Vegas. And when we promised your Total Rewards card would be full of surprises, we weren't

I know you're already a member of the Harrah's family, but we do things a bit differently at the Rio in Las Vegas. And when we promised your Total Rewards card would be full of surprises, we weren't kidding.

Of course, I wouldn't rely on money alone to coax you into a repeat visit. So let me sweeten the pot a little.

I'm also sending you some discounted room nights, and two more coupons for a selection of shows that in my totally unbiased opinion are the best in the galaxy.

Our all-suite resort is unique among major Las Vegas hotels. Every suite gives you room to stretch out, or room to entertain friends. And once you've stayed in one of these monsters, you'll never settle for an ordinary room again.

As far as your show at the Rio, what better can we offer than The Scintas? This unusual group plays to sellout audiences each night, and why not? They're brought back the tasteful impressions, songs and comedy of classic Las Vegas.

And if you're a slot player, why go anywhere else? In *Strictly Slots* magazine's 2002 "Best of Slots" reader poll, we won 27 first places. They included Best Cash Back, Best Video Slots, Best Slot Club, Best High End Slots, Best Nickels and Best Quarters, which just about makes it a clean sweep. I could go on but modesty forbids.

Your show at our sister property, Harrah's Las Vegas, stars the amazing Clint Holmes, voted "Best Singer" and "Best All-Around Entertainer" by the Las Vegas media. He is truly "The Man," and not to be missed. But you have a choice of the unpredictable Improv Comedy Showcase or the barely legal revue, "Skintight."

Bottom line--you've chosen wisely. And here are two good reasons to use your Total Rewards card every time you play. First, you'll continue to receive nice surprises like this one, plus invitations to special events. And second, your card is good at every Harrah's location in the US.

So there you have it--an unbeatable invitation that no one else in Las Vegas can match, including free money, discounted room nights and magnificent show offers at two resorts. I'll go quietly now as you reach for the phone to make your reservations and beat the rush that's bound to happen. Simply dial 1-877-727-4640, and thank you.

Warm Regards,

Tom Jenkin
Sr. Vice President and General Manager
Rio All-Suite Hotel & Casino and Harrah's Las Vegas

Know When To Stop Before You Start™  Gambling Problem? Call 800.522.4700
©2001, Harrah's Entertainment, Inc.

---

**2 FOR 1 SHOW TICKETS**
to see the SCINTAS at the
**RIO ALL-SUITE**
**HOTEL & CASINO**

Timothy Calkins
Account #17001200457

Present coupon at the Rio Box Office.
Sunday - Thursday only.
Expires February 28, 2003.
See back for more details.

**Offer Code: KREWARDS**

Timothy Calkins - 17001200457                                                  $ 5.00



07/15/2004  12:42  8952003                                                                                                                                       PAGE  04