# EXHIBIT 3

EXHIBIT 3

## Cunningham, Nancy

**From:** Rhonda_Etson@discovery.com
**Sent:** Thursday, October 14, 2004 1:09 PM
**To:** Cunningham, Nancy
**Subject:** Rio Hotel Description

Nancy,

This the Brief description of the Travel Channel program Rio Hotel-Las Vegas:

The Rio Hotel and Casino is the ultimate party casino, alluring many tourists away from the strip to its exotic, big-kid playground. We join in the celebration as we reveal all the secrets of the Masquerade Show in the Sky, follow the ambassador of good will through the casino and discover how to get the biggest bang for your buck. We also take in the exotic atmosphere and show you how designers made it possible to feel you enter another world once inside by the incredible attention. After hitting the sexy Brazilian beach replica we get a few drinks at the Voodoo Lounge where making cocktails is as fun as throwing them back. Then we give the inside scoop on the lavish Rio weddings, the amazing Carnival World Buffet and the world's largest public wine collection. And to see what life is like for high rollers, we go behind the scenes of the Palazzo Suites, where they do anything for their guests - as long as it is legal. And if that's not enough, you can spend an hour learning to golf from Tiger Woods' instructor, Butch Harmon.

Rhonda Etson
Viewer Relations/Research
Customer Service Specialist
Discovery Channel Consumer Products

This e-mail, and any attachment, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, copying, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. The contents of this message may contain personal views which are not the views of Discovery Communications, Inc. (DCI).


This e-mail, and any attachment, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, re-transmission, copying, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. The contents of this message may contain personal views which are not the views of Discovery Communications, Inc. (DCI).

10/14/2004