# EXHIBIT 4



THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

The Boston Globe

## HARRAH'S TO BUY RIO HOTEL

**Author(s):** AP **Date:** August 11, 1998 **Page:** C2 **Section:** Business

**Harrah**'s Entertainment Inc. is buying **Rio** Hotel and **Casino** Inc. in a $528 million stock swap, bringing one of Las Vegas's hottest resorts together with one of the biggest names in gambling. The deal allows **Harrah**'s to add the world's 13th largest hotel, as competition in Las Vegas heats up among hotel and **casino** owners. Five megaresorts under construction will add 20,000 hotel rooms to the city's current inventory of 106,000. **Rio**'s revenue of $392.1 million last year was less than a quarter of **Harrah**'s $1.62 billion. **Harrah**'s will swap one share for each **Rio** share and assume $300 million in **Rio** debt. Shares of Las Vegas-based **Rio** Hotel & **Casino** rose 5/8 to 19 1/2. Memphis-based **Harrah**'s shares rose 1/8 to 20 1/2.

**Perform a new search**