# EXHIBIT 5



- HOME
- ABOUT US
- EVENT CALENDAR
- ALLIANCES
- EMPLOYMENT
- CONTACT US
- HELP
- SEARCH

Plan yo

## OUR CASINOS

SELECT ONE OF THE CASINO LIN

- TOTAL REWARDS®
- RESERVATIONS
- OUR CASINOS
- HOT DEALS
- PROMOS AND NEWS
- PLAY FOR FUN

Harrah's Las Vegas
Rio All-Suite Hotel & Casino
Harrah's Tahoe
Harveys Tahoe
Bill's Casino
Harrah's Reno
Harrah's Laughlin
Harrah's Phoenix Ak-Chin
Harrah's Rincon Casino & Resort
Harrah's Prairie Band
Harrah's Council Bluffs
Bluffs Run Casino
Harveys Wagon Wheel


LOOKING FOR A HOT DEAL? CLICK HERE

Harrah's A
Showboat A
Harrah's Ne
Harrah's S
Harrah's La
Harra
Harrah's
Harrah's
Harrah'
Harrah's Ea
Harr
Harrah's
Harrah's North K

Or, select a Harrah's Casino from the menu:
[Select Casino] [GO]

   

Total Rewards | Reservations | Our Casinos
Last Minute Deals | Promos and News | Play For Fun
Home | About Us | Event Calendar | Alliances | Employment | Contact Us | Help |

Know When to Stop Before You Start.® Gambling Problem? Call 1-800-522-47

Privacy | Security | Legal
© 2002, Harrah's Entertainment, Inc. All rights reserved.