# EXHIBIT 7

EXHIBIT 7

View: Cite | **Full**                                                                 Text Only

---

Source: **D & B Business Reports**
Terms: **Rio All Suite Hotel Las Vegas NV USA**  (Edit Search)



```
           COPYRIGHT 2004 DUN & BRADSTREET INC.
           ALL RIGHTS RESERVED

                    ATTN: LEXIS-NEXIS CUSTOMER

                        COMPREHENSIVE REPORT

DUNS: 60-552-4461
RIO PROPERTIES INC
  (SUBSIDIARY OF RIO HOTEL &              FINANCIAL STRESS CLASS: 3
  CASINO INC, LAS VEGAS, NV)              CREDIT SCORE CLASS:     4
  RIO SUITE HOTEL & CASINO
                                                    KEY
BOX 14160                                 ==============================
LAS VEGAS NV 89114                        LOWEST RISK       HIGHEST RISK
3700 W FLAMINGO RD                           1    2    3    4    5
LAS VEGAS NV 89103
TEL: 702 252-7777


SIC:      70 11 58 12
LINE OF BUSINESS: CASINO HOTEL
YEAR STARTED:      1991
CONTROL DATE:      1999                   DATE PRINTED: OCT 12 2004

CHIEF EXECUTIVE: TOM JENKIN, SR VP-GEN MGR


================================================================================
EXECUTIVE SUMMARY

- The Financial Stress Class of 3 for this company shows that during the
  previous year, firms with this classification had a failure rate of
  3.73% (373 per 10,000), which is 2.66 times higher than the national average.
- The Credit Score Class of 4 for this company shows that during the previous
  year, 24.7% of the firms with this classification paid one or more bills
  severely delinquent, which is 1.44 times higher than the national average.
- Subject company pays its bills an average 15 days beyond terms.
- Subject company's industry pays its bills an average 11 days beyond terms.
- Subject company pays its bills slower than the average for its industry.
- UCC filing(s) are reported for this business.
- Financing is secured.
- Under present management control 5 years.
- Evidence of open Suit(s) in the D&B database.
- History is clear.


================================================================================
CREDIT CAPACITY SUMMARY

D&B Rating:      1R3              Payment Activity
                                      (based on 105 experiences):
                                      Average High Credit:    $9,437
# of Employees                        Highest Credit:       $100,000
Total:           3,236                Total Highest Credits: $937,800


Worth:           —
```