# EXHIBIT 8




# Dean Heller
# Nevada Secretary of State
## Corporate Information

| Name: HARRAH'S ENTERTAINMENT, INC. |

| Type: Corporation | File Number: C9949-1989 | State: DELAWARE | Incorporated On: November 27, 1989 |
|---|---|---|---|
| Status: Current list of officers on file | | Corp Type: Regular | |
| Resident Agent: | CSC SERVICES OF NEVADA, INC. (Accepted) | | |
| Address: | 502 EAST JOHN STREET | | |
| | ROOM E | | |
| | CARSON CITY | NV | 89706 |
| President: | GARY W LOVEMAN | | |
| Address: | ONE HARRAHS COURTS | | |
| | LAS VEGAS | NV | 89119 |
| Secretary: | BRAD L KERBY | | |
| Address: | ONE HARRAHS COURTS | | |
| | LAS VEGAS | NV | 89119 |
| Treasurer: | CHARLES L ATWOOD | | |
| Address: | ONE HARRAHS COURTS | | |
| | LAS VEGAS | NV | 89119 |

| Return to search menu | Search for another Resident Agent |
| Search for another Officer | Search for another Corporation |




# Dean Heller
# Nevada Secretary of State
## Corporate Information

| Name: HARRAH'S OPERATING COMPANY, INC. |||||
|---|---|---|---|---|
| **Type:** Corporation | **File Number:** C10065-1989 || **State:** DELAWARE | **Incorporated On:** November 30, 1989 |
| **Status:** Current list of officers on file ||| **Corp Type:** Regular ||
| **Resident Agent:** | CSC SERVICES OF NEVADA, INC. (Accepted) ||||
| **Address:** | 502 EAST JOHN STREET ||||
| | ROOM E ||||
| | CARSON CITY || NV | 89706- |
| **President:** | GARY W LOVEMAN ||||
| **Address:** | 1 HARRAHS COURT ||||
| | LAS VEGAS || NV | 89119- |
| **Secretary:** | SCOTT E WIEGAND ||||
| **Address:** | 1 HARRAHS COURT ||||
| | LAS VEGAS || NV | 89119- |
| **Treasurer:** | CHARLES L ATWOOD ||||
| **Address:** | 1 HARRAHS COURT ||||
| | LAS VEGAS || NV | 89119- |

| Return to search menu | Search for another Resident Agent |
|---|---|
| Search for another Officer | Search for another Corporation |




# Dean Heller
# Nevada Secretary of State
## *Corporate Information*

| Name: RIO PROPERTIES, INC. | | | |
|---|---|---|---|
| **Type:** Corporation | **File Number:** C1671-1992 | **State:** NEVADA | **Incorporated On:** February 24, 1992 |
| **Status:** Current list of officers on file | | **Corp Type:** Regular | |
| **Resident Agent:** | CSC SERVICES OF NEVADA, INC. (Accepted) | | |
| **Address:** | 502 EAST JOHN STREET | | |
| | ROOM E | | |
| | CARSON CITY | NV | 89706- |
| **President:** | TOM JENKIN | | |
| **Address:** | 3475 LAS VEGAS BLVD SOUITH | | |
| | LAS VEGAS | NV | 89119- |
| **Secretary:** | SCOTT E WIEGAND | | |
| **Address:** | ONE HARRAH'S COURT | | |
| | LAS VEGAS | NV | 89119- |
| **Treasurer:** | ANDREW DUGGAN | | |
| **Address:** | 3475 LAS VEGAS S | | |
| | LAS VEGAS | NV | 89109- |

Return to search menu    Search for another Resident Agent
Search for another Officer    Search for another Corporation

 

# Dean Heller
# Nevada Secretary of State
## *Corporate Information*

| Name: RIO HOTEL & CASINO, INC. | | | |
|---|---|---|---|
| **Type:** Corporation | **File Number:** C4758-1988 | **State:** NEVADA | **Incorporated On:** June 14, 1988 |
| **Status:** Current list of officers on file | | **Corp Type:** Regular | |
| **Resident Agent:** | CSC SERVICES OF NEVADA, INC. (Accepted) | | |
| **Address:** | 502 EAST JOHN STREET | | |
| | ROOM E | | |
| | CARSON CITY | NV | 89706- |
| **President:** | ANTHONY SANFILIPPO | | |
| **Address:** | ONE HARRAH'S COURT | | |
| | LAS VEGAS | NV | 89119- |
| **Secretary:** | STEPHEN H BRAMMELL | | |
| **Address:** | ONE HARRAH'S COURT | | |
| | LAS VEGAS | NV | 89119- |
| **Treasurer:** | ANDREW DUGGAN | | |
| **Address:** | 3475 LAS VEGAS BLVD SOUTH | | |
| | LAS VEGAS | NV | 89109- |

| Return to search menu | Search for another Resident Agent |
|---|---|
| Search for another Officer | Search for another Corporation |