# EXHIBIT 9

Case 1:04-cv-12044-GAO   Document 9-12   Filed 10/18/2004   Page 1 of 7

# EXHIBIT 9

Case 1:04-cv-12044-GAO   Document 9-12   Filed 10/18/2004   Page 1 of 7



**boston.com Travel**                                            *your connection to The B*

**Home**  **News**  **A&E**  **Business**  **Sports**  | **Travel** |  **Your Life**  **Cars**  **Jobs**  **Personals**  **Real Estate**

Hotels   B&Bs   Flights   Vacation deals   Boston Visitors' Guide   New England   Destinations

---

**BOSTON VISITORS' GUIDE**

▶ Sights & attractions
▶ Hotel deals
▶ Boston Jr: For the kids
▶ Modern Must-Sees
▶ **Complete guide**

⭐ **TOP DESTINATIONS**

**Spotlight on:** New England
▶ Cape & Islands
▶ Las Vegas
▶ New York City
▶ Caribbean
▶ Europe
▶ Hawaii
▶ **See all destinations**

🔑 **WHERE TO STAY**

Search more than 400 New England B&Bs and inns:

[Maine ▼]  [GO]

▶ Globe reviews of B&Bs

🏆 **TRAVEL CONTESTS**

▶ And the winner is...
▶ Win a country inn getaway
▶ Win an autumn getaway

🔧 **TOOLS**

▶ **Airline/airport numbers & directions**
▶ Flight Tracker/airport delays
▶ Road trip planning tool
▶ Overseas travel info
▶ Search wireless hotspots
▶ Maps & directions

ADVERTISEMENT

---

**IN THE SPOTLIGHT**



FOLIAGE ▶  FESTIVALS ▶  OUTDOORS ▶

▶ **Things to do this weekend**

THIS WEEK IN TRAVEL
**Rick Steves mailbag**
Have a travel question? Ask European travel expert Rick Steves.

**Spooked in New England**
Your guide to Salem and other local haunts

**Pick-your-own farms**
Find out the best places to pick-your-own apples in New England.

💬 **Foliage report**
See where you should go for the best leaf-peeping.

**Travel tools**
Track your flight, book your trip, and more.

**Photos:**
▶ Photos of Pats fans on the road
📷 Best places to honeymoon
📷 Mark and Steven's trip to Cyprus
📷 David M.'s photos of Ireland
📷 New: Red Sox fans in enemy territory
▶ **More photos from Boston.com readers**
▶ **More Travel features**

FROM The Boston Globe
▶ See all Boston Globe stories and columns
▶ Travel Brochure Showcase

---

ADVERTISEMENT
**CARIBBEAN & MEXICO VACATIONS**


Broug to you
**7 Night Vacations from Boston    Click**
• Bermuda, Wyndham Southampton, 3 nts
• Bermuda, Grotto Bay Beach Resort, 4 n
• Bermuda, Fairmont Southampton, 4 nts
• Bermuda, Coco Reef Resort, 4 nts from

**Search vacation specials:**
[Aruba ▼]  [Search]

ADVERTISEMENT



**$$DEAL$$$$$$$$**
▶ Daily Deal Wire
▶ Daily airfare deals from $99
▶ Chicago sale fares from $68 R/T*
▶ Rhinebeck, NY, from $140/night
▶ New England deals
▶ Hampton fall sale from $32
▶ Boston Park Plaza from $119
▶ The Globe's weekly Real Deals colum
▶ **See all deals**
**Booking:** Flights | Hotels | Cars

ADVERTISEMENT            🎯 **THE IT LIST**



 **The It List: The best of the best**
- Best romantic getaways
- Best places to honeymoon
- Best Boston hotel bars
▸ More


**Exclusive travel**
Receive exclusive
e-mail each month

e-mail address



## NEW ENGLAND IN THE SPOTLIGHT

**New England festival guide**
We give you good reason to go away. Find out about the best festivals in the area.
- Salem Haunted Happenings, Oct. 9 - Nov. 2
- Cranberry Harvest Festival, Oct. 11-13
- Head of the Charles Regatta, Oct. 23-24

**Outdoors in New England**
Get detailed information on the b destinations in the region.
▸ Hiking          ▸ Walkir
▸ Biking          ▸ Relaxi
▸ Camping         ▸ More

**MASSACHUSETTS**
Boston
Cape Cod & the Islands
Berkshires
Festivals
B&Bs and inns
Boston hotels
▸ More on Massachusetts

**NEW HAMPSHIRE**
White Mountains
Fodors picks for restaurants
Shopping
Things to do
Festivals
B&Bs and inns
▸ More on New Hampshire

**MAINE**
Acadia National
Best restaurants
Shopping in Bar
Things to do in I
Festivals
B&Bs and inns
▸ More on Main

**VERMONT**
Things to do
Best restaurants
Shopping
Festivals
B&Bs and inns
▸ More on Vermont

**RHODE ISLAND**
Newport
Newport hotels
Rome Point
Antiquing in Chepachet
Festivals
▸ More on Rhode Island

**CONNECTICUT**
Coastal itinerary
South Norwalk (
Guilford craft sh
Festivals
B&Bs and inns
More on Conne

**Worldwide destination guides**
Research and plan your trip with TravelNow's complete city guides. Get inforn sights and attractions, restaurants, neighborhoods, and more.

---

SPONSORED LINKS


Buy and Sell Tickets for Concerts and Sporting events


Click less. Explore more.
Book today. Amtrak.com


Wyndham Bermuda Resort & Spa


Not just anoth


Beautiful Caribbean Waterfront Villa for Rent!


NY-Boston. $15. Greyhound

RELATED ADVERTISING LINKS                                               About these Ads

**51 Boston Attractions**
Museums, Excursions, Historic Sites and Trolley Tours for one low price
GoBostonCard.com

**Boston Hotel Deals**
Save up to 70% on Boston MA Hotels Call 1-800-276-7415 Or Book Online
www.Hotels-And-Discounts.com

**Boston Travel Guide**
Get Detailed Mass. Info & More! Complete Travel Resources Online
www.concierge.com

feedback | help | site map | globe archives | rss
© 2004 The New York Times Company

**Save 50% on home delivery!** 



your wallet fat, and some places off the Strip that can make your trip more exciting.

▸ Suggest a strategy for the melting pot

**RELATED ADVERTISING LINKS**                                            About these Ads

**Las Vegas Hotels**          **VEGAS.com -**              **Caesars Palace**
Discount Vegas Hotel          **Nightclubs**               Visit Caesars Official Web
Reservations i4vegas.com -    Don't be left out - front-of- Site Special Packages from
1-800-442-4002                line and guaranteed entry to $129/night!
www.i4vegas.com               great clubs                  www.CaesarsPalace.com
                              www.VEGAS.com

S P O N S O R E D   L I N K S


Buy and Sell Tickets for Concerts and Sporting events


Click less. Explore more. Book today. Amtrak.com


Wyndham Bermuda Resort & Spa


Not just another pretty fare


Beautiful Caribbean Waterfront Villa for Rent!


NY-Boston. $15. Greyhound

feedback | help | site map | globe archives | rss
© 2004 The New York Times Company


Receive a Target® GiftCard for up to **$40** with Boston Globe delivery at **50% off!**



Thru October 7th
**345,536** Nights Booked

Book Online or By Phone: 1-800-

HOME / HOTELS

:: **SEARCH HOTEL RATES**

Check-In Date:
Dec ▼ 12 ▼ 04 ▼

Check-Out Date:
Dec ▼ 13 ▼ 04 ▼

# of Rooms:
1 ▼   Search

Sort by: ⦿ Name ○ Price



:: **SEASONAL SPECIALS**
*Click for applicable dates

:: Aladdin from $69
:: Alexis from $57
:: Boardwalk from $29
:: Frontier from $37
:: Harrahs from $49
:: Rio Suites from $49
:: Riviera from $37
:: Sahara from $29
:: San Remo from $30
:: Venetian from $169

:: SITE IN

:: about i
:: bookin(
:: print re
:: privacy
:: strip ar
:: pool in

Internationa
1-888-663-

---

The special rate of **$49.00** for the "Suite" room is available on the following dates: **Dec** 12th only.

The special rate of **$59.00** for the "Suite" room is available on the following dates: **Nov** 28th only.



3700 West Flamingo Road
Las Vegas, Nevada 89103

GET QUOTE

MAKE RESERVATION





The Rio All-Suite Casino Resort has been named "Best Hotel Value in the World" by Travel and Leisure Magazine and "Best Overall Hotel in Las Vegas" by the Zagat Survey of Resorts Hotels and Spas since 1995. We are delighted to serve our guests in the exemplary style to which every Team Rio employee is committed. Join us as we take you for an adventure into the Paradise that is Rio.

The Rio hosts more than 2,500 suites each providing spectacular views of Las Vegas. Every suite offers more than 600 square feet of spacious luxury with amenities that include a separate dressing area, couch, table with chairs, hair dryer, in-suite refrigerator, iron, ironing board, and complimentary in-suite safe.

It will never be said that Las Vegas lacks for luxury but even in this city the Rio All-Suite Hotel & Casino is a standout example of sheer grandeur. With an exciting nightclub, four pools, workout facilities, a recently remodeled spa with steam rooms, whirlpools, massage, and a beach and lagoon all to itself the Rio doesn't lack for amenities. The Rio's 120,000 square foot casino hosts over 2,500 slot machines, more than 100 table games, and a full service race and sports book.

:: **HOTELS**

:: **Aladdin**
:: **Alexis Park**
:: **Barbary Coa**
:: **Bellagio**
:: **Binion's Hor**
:: **Boardwalk**
:: **Buffalo Bill'**
:: **Circus Circu**
:: **El Cortez**
:: **Emerald Sui**
:: **Excalibur**
:: **Fairfield Res**
:: **Fitzgeralds**
:: **Flamingo La**
:: **Gold Coast**
:: **Golden Nug**
:: **Golden Palm**
:: **Harrah's**
:: **Hawthorn S**
:: **Hawthorn H**
:: **Hotel San R**
:: **Howard Joh**
:: **Imperial Pal**
:: **La Quinta N**
:: **Las Vegas C**
:: **Las Vegas H**
:: **MGM Grand**
:: **MonteLago**
:: **New Frontie**
:: **Orleans**
:: **Palace Stati**
:: **Palms Resor**
:: **Plaza Hotel**
:: **Primm Valle**
:: **Rio Suites**

That's not all though: a stay in one of our deluxe suites affords you the option of visiting the shopping and entertainment wing of Masquerade Village; an entire collection of specialty retail shops and restaurants and watching the Masquerade Show in the Sky--a $25 million aerial extravaganza.

Restaurants:

- All-American Bar & Grill
- VooDoo Cafe & Lounge
- Buzio's Seafood Restaurant
- Bamboleo
- Rosemary's
- Fiore Steakhouse & Cigar Lounge
- Antonio's Italian Ristorante
- Mask
- Toscano's Deli & Market
- Beach Cafe
- Carnival World Buffet
- Village Seafood Buffet
- Gaylord India Restaurant
- Sao Paulo Cafe (24 hrs)
- Star Deli & Bakery
- Hamada Asiana Restaurant
- Tilted Kilt

Shows:

- Penn & Teller
- Scintas
- Chippendales
- Ron Lucas
- Tony n' Tina's Wedding




:: **Riviera**
:: **Rodeway In**
:: **Sahara**
:: **Stardust**
:: **Stratosphere**
:: **Super 8**
:: **Terrible's**
:: **Tropicana**
:: **Tuscany**
:: **Venetian**
:: **Westin Casu**
:: **Westward H**
:: **Whiskey Pet**

home :: hotels :: about i4 vegas.com :: privacy policy :: terms and conditions