UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>           Plaintiffs,<br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>           Defendants. | Civil Action No. 04-12044-GAO |

## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b) (2), (3), (4), (5) and (6), the Defendants hereby respectfully move for an Order from the Court dismissing the above-captioned action on the grounds of failure to serve a legal entity or proper party, lack of personal jurisdiction, forum non conveniens, and failure to state a claim upon which relief can be granted.

In support of this Motion to Dismiss, the Defendants refer the Court to the *Memorandum in Support of Motion to Dismiss Plaintiffs' Complaint*, the *Affidavit of Michael Kostrinsky*, and the *Affidavit of Kenneth R. Knapp, Esq.*, all of which are filed herewith.

WHEREFORE, the Court should dismiss with prejudice the plaintiffs' *Amended Complaint and Demand for Jury Trial*, and should award the Defendants their costs and expenses incurred, including reasonable attorneys' fees, in bringing this Motion to Dismiss.

## REQUEST FOR ORAL ARGUMENT

The Defendants respectfully suggest that oral argument will aid the Court in its determination of this Motion to Dismiss, and requests that the Court schedule a hearing at its earliest convenience.

DEFENDANTS

By their attorneys,

/s/ Ann Pauly
Ann Pauly (BBO #546197)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated: November 1, 2004

## Certificate Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the Plaintiffs and have been unable to resolve the issues raised in this motion.

/s/ Ann Pauly

### Certificate of Service

I, Ann Pauly, hereby certify that, on November 1, 2004, I caused a true copy of the foregoing to be served by U.S. Mail upon counsel for the defendants.

/s/ Ann Pauly
Ann Pauly