UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>　　　　　Plaintiffs,<br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC.<br>RIO HOTEL AND CASINO, INC. d/b/a<br>RIO ALL-SUITE HOTEL & CASINO, and<br>the RIO.<br><br>　　　　　Defendants. | Civil Action No. 04-12044-GAO |

### AFFIDAVIT OF MICHAEL KOSTRINSKY, ESQ.

I, Michael Kostrinsky, hereby depose and state as follows:

I make this affidavit of my own personal knowledge, except where otherwise noted. I am over the age of twenty-one years, am suffering from no legal disability, and am competent to make this affidavit and testify to the statements and facts contained herein.

2.　　I am the Chief Litigation Officer of Harrah's Entertainment, Inc. I make this Affidavit on behalf of Harrah's Entertainment, Inc. and Harrah's Operating Company, Inc. (the "Harrah's Defendants").

3.　　We have researched the records of the Harrah's Defendants for information concerning advertising purchased by the Harrah's Defendants. We did not find any records showing that either of the Harrah's Defendants purchased any local advertising in Massachusetts. The Harrah's Defendants do not advertise on Boston.com or on i4Vegas.com

4.  I understand that this case concerns reservations made through a website called www.i4vegas.com. The Harrah's Defendants do not own, operate or manage www.i4vegas.com., and do not have any contracts with i4vegas.

5.  Neither of the Harrah's Defendants owns any real estate, or has offices or employees, in Massachusetts.

Signed under the penalties of perjury this 1st day of November 2004.

_____
Michael Kostrinsky

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD FOR
EACH OTHER PARTY BY MAIL/~~HAND~~ ON:

cw 11/1/04