UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS, | )<br>)<br>) | |
| Plaintiffs, | ) | Civil Action No. 04-12044-GAO |
| | ) | |
| HARRAH'S ENTERTAINMENT, INC.<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## AFFIDAVIT OF KENNETH R. KNAPP, ESQ.

I, Kenneth R. Knapp, hereby depose and state as follows:

1      I am an attorney authorized to practice law in the Commonwealth of Massachusetts. I am employed by the law firm of Griesinger, Tighe & Maffei, LLP. I make this affidavit of my own personal knowledge in support of the *Motion to Dismiss Plaintiffs' Amended Complaint.*

2.     On or about October 27, 2004, I researched the status of the ownership of the Discovery Channel and the www.i4vegas.com website.

3.     Attached to this Affidavit as Exhibit 1 is a true and accurate copy of a printout from the Discovery.com website. It shows that Discovery Communications is a privately held company whose shareholder representatives are Liberty Media Corporation, Cox Communications, Inc. Advance/Newhouse and John S. Hendricks, who launched the Discovery Channel in 1985.

4. Attached to this Affidavit as Exhibit 2 is a true and accurate copy of a printout from the i4vegas.com website describing i4vegas.

5. Attached to this Affidavit as Exhibit 3 is a true and accurate copy of a printout from the "i4sites" website.

6. Attached to this Affidavit as Exhibit 4 is a true and accurate copy of a search using the Google search engine for i4sites.

7. Attached to this Affidavit as Exhibit 5 are true and accurate copies of pages from the website of the US Patent and Trade Office and the Arizona Secretary of State showing the owner of the trade name "i4" as being Michael Zaletel. No separate trademark for "i4vegas" was found on either website. No information on a corporation or partnership was found when searching for "i4," "i4sites" or "i4vegas" on the websites of the Arizona Secretary of State and the Arizona Corporation Commission.

7. Attached to this Affidavit as Exhibit 6 is a true and accurate copy of a news article from the MSNBC website in which Michael Zaletel is named as president of i4vegas.com. See, page [4].

Signed under penalties of perjury this 1st day of November, 2004

/s/ _____
Kenneth R. Knapp

### Certificate of Service

I, Ann Pauly, hereby certify that, on November 1, 2004, I caused a true copy of the foregoing to be served by U.S. Mail upon counsel for the plaintiffs.

/s/ Ann Pauly
Ann Pauly