# Exhibit 1

# discoverycommunications

October 28, 2004 EDT

- Businesses & Brands
- Public Responsibility
- Executive Management
- Shareholders
- Careers @ Discovery
- Ad Sales
- IT
- Privacy Policy

◉ Shareholders

## Shareholders

As a privately held company, Discovery benefits from the unified vision of our shareholders, which gives the company the foundation to grow with confidence well into the future. Discovery's shareholder representatives are the following:

- Liberty Media Corporation
- Cox Communications, Inc.
- Advance/Newhouse
- John S. Hendricks



**Liberty Media Corporation**

**Dr. John Malone** — Chairman
**Robert R. Bennett** — President and CEO
Liberty Media Corporation is a holding company owning interests in a broad range of electronic retailing, media, communications and entertainment businesses operating in the United States, Europe, South America and Asia. Liberty Media's businesses are classified in three groups: Interactive, Networks and International and include some of the world's most recognized and respected brands, including QVC, Encore, STARZ!, Discovery Communications, UnitedGlobalCom, Inc., IAC/InterActiveCorp, and News Corporation.

### Cox Communications, Inc.

**James O. Robbins** — President and CEO
With one of the highest capacity and most reliable broadband delivery networks in the world, Atlanta-based Cox Communications, Inc. is among the nation's largest broadband communications companies, serving 6.3 million customers in more than 20 states. Building on its core business of delivering cable television programming, Cox Communications, Inc., also provides advance communications services including digital video, local and long-distance telephone and high speed Internet access.



### Advance/Newhouse

**Robert Miron** — Chairman and CEO
Advance/Newhouse Communications manages Bright House Networks, which has over 2 million cable television subscribers. Advance/Newhouse other interests include: CondÃ© Nast and Fairchild magazines; PARADE magazine; daily newspapers serving 26 cities; American City Business Journals with publications in over 45 cities; Advance Internet and CondéNet, producers of online services, and a significant interest in Time Warner Telecom, Inc.



### John S. Hendricks

**John Hendricks** — Founder and Chairman
Discovery Communications, Inc.
John Hendricks launched the Discovery Channel in 1985 as America's first cable network dedicated to providing world-class documentary programming. As one of the leading visionaries in the media industry, Mr. Hendricks has been honored with a Primetime Emmy® Award and with the Academy of Television Arts & Sciences highest honor, the Governors Award, for conceiving the TLC series, Great Books. The Ark Trust has awarded Mr. Hendricks a Genesis Award for lifetime achievement for his efforts to raise awareness around the globe about animal issues. Mr. Hendricks has also been honored as the first corporate leader to receive the National Education Association's Friend of Education award for "innovations in education and

technology and greatly expanding educational opportunity for America's schoolchildren." Most recently, Mr. Hendricks was inducted into the Cable Center Hall of Fame, which "honors men and women whose achievements have provided service to the cable industry and to the people, communities and organizations served by cable TV."

⊙ **Contact**

For general questions regarding Discovery Communications, please call 240-662-2000.

Pictures: DCI

By visiting this site, you agree to the terms and conditions of our Visitor Agreement. Please read. Privacy Policy.
Copyright © 2004 Discovery Communications Inc.

The leading global real-world media and entertainment company.

# Exhibit 2

# i4vegas

**Las Vegas Hotel Bookings**
**$33,800,000**
Thru October 24th

Book Online or By Phone: 1-800-

| HOME | HOTELS |



:: **SEARCH HOTEL RATES**

**Check-In Date:**
Nov   2   04

**Check-Out Date:**
Nov   4   04

**# of Rooms:**
1     [Search]

Sort by:  ● Name  ○ Price

:: **SEASONAL SPECIALS**
*Click for applicable dates

:: **Aladdin from $69**
:: **Alexis from $57**
:: **Boardwalk from $29**
:: **Frontier from $37**
:: **Harrahs from $49**
:: **Rio Suites from $49**
:: **Riviera from $37**
:: **Sahara from $30**
:: **San Remo from $30**
:: **Venetian from $169**

:: SITE I
:: **about i**
:: **booking**
:: **print re**
:: **privacy**
:: **strip ar**
:: **pool inf**

Internationa
1-888-663-

---

:: **ABOUT i4vegas**

Started in July of 1999, i4vegas set out to provide people traveling to Las Vegas with the best travel resources possible. We personally visit every hotel listed on our site prior to offering those rooms for booking to insure the highest level of customer satisfaction.

At i4vegas.com, our primary objective is to offer the finest Las Vegas resorts at excellent rates all in one place. Our streamlined booking engine makes it easy to compare rates and availability at the best hotels. And our two-step booking process will leave you feeling satisfied and relaxed. If you book with i4vegas, you can rest assured that you will be staying at one of the best resorts or casinos at the lowest cost to you.

:: **CONTACT i4vegas**

If you would like more information on i4vegas, or have a question and would like to speak with a representative, please email us at **info@i4vegas.com**. We can also be reached by telephone at **our toll-free number**.

: **Click here for our toll-free number**

:: **info@i4vegas.com**

:: HOTELS
:: **Aladdin**
:: **Alexis Park Su**
:: **Barbary Coast**
:: **Bellagio**
:: **Binion's Horse**
:: **Boardwalk**
:: **Buffalo Bill's**
:: **Circus Circus**
:: **El Cortez**
:: **Emerald Suite**
:: **Emerald Suite**
:: **Emerald Suite**
:: **Excalibur**
:: **Fairfield Reso**
:: **Fitzgeralds**
:: **Flamingo Las**
:: **Gold Coast**
:: **Golden Nugge**
:: **Golden Palm**
:: **Harrah's**
:: **Hawthorn Sui**
:: **Hawthorn Her**
:: **Hotel San Rem**
:: **Howard Johns**
:: **Imperial Pala**
:: **La Quinta Nell**
:: **Las Vegas Clu**
:: **Las Vegas Hilt**
:: **MGM Grand**
:: **MonteLago Vi**
:: **New Frontier**
:: **Orleans**
:: **Palace Station**
:: **Palms Resort**
:: **Plaza Hotel**
:: **Primm Valley**
:: **Rio Suites**
:: **Riviera**
:: **Rodeway Inn**
:: **Sahara**
:: **Stardust**
:: **Stratosphere**
:: **Super 8**
:: **Terrible's**
:: **Tropicana**
:: **Tuscany**
:: **Venetian**
:: **Westin Casua**
:: **Westward Ho**

# Exhibit 3



i4 is a registered trademark of i4 Sites - USPTO Registration No. 2445130