Exhibit 4

Google

Web  Images  Groups  News  Froogle  more »

"i4 sites"    ○ Search the Web  ● Search English pages    [Search]  Advanced Search  Preferences

**Web**    Results **1 - 100** of about **205 English** pages for **"i4 sites"**. (0.42 seconds)

Did you mean: *"i4sites"*

**i4art.com - links to the best art sites by i4**
... t have to! Complimentary links to the best art sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4art.net/ - 4k - Cached - Similar pages

**PageRank Calculator. WebWorkshop**
Google's PageRank - Calculator. Create a grid for the number of pages you need using the text box and New Grid button. Calculate ...
www.webworkshop.net/pagerank_calculator.php - Similar pages

**i4girls.com - links to the best girls sites by i4**
... have to! Complimentary links to the best girls sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4girls.com/ - 4k - Cached - Similar pages

**i4advertising.com - links to the best advertising sites by i4**
... to! Complimentary links to the best advertising sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4advertising.net/ - 4k - Cached - Similar pages

**i4caraudio.com - links to the best caraudio sites by i4**
... have to! Complimentary links to the best caraudio sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4caraudio.com/ - 4k - Cached - Similar pages

**i4hockey.com - links to the best hockey sites by i4**
... have to! Complimentary links to the best hockey sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4hockey.com/ - 4k - Cached - Similar pages

**i4cuba.com - links to the best cuba sites by i4**
... t have to! Complimentary links to the best cuba sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4cuba.net/ - 4k - Cached - Similar pages

**i4schools.com - links to the best schools sites by i4**
... have to! Complimentary links to the best schools sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4schools.com/ - 4k - Cached - Similar pages

**i4furniture.com - links to the best furniture sites by i4**
... have to! Complimentary links to the best furniture sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4furniture.com/ - 4k - Cached - Similar pages

**i4sites - links to the top sites by i4**
... i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130.
www.i4sites.com/ - 28k - Cached - Similar pages

**i4themeparks.com - links to the best themeparks sites by i4**
... to! Complimentary links to the best themeparks sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...

**i4homes.com - links to the best homes sites by i4**
... have to! Complimentary links to the best homes sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4homes.com/ - 4k - Cached - Similar pages

**i4apartments.com - links to the best apartments sites by i4**
... to! Complimentary links to the best apartments sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4apartments.com/ - 4k - Cached - Similar pages

**i4software.com - links to the best software sites by i4**
... have to! Complimentary links to the best software sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4software.com/ - 4k - Cached - Similar pages

**i4cars.com - links to the best cars sites by i4**
... t have to! Complimentary links to the best cars sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4cars.com/ - 4k - Cached - Similar pages

**i4universities.com - links to the best universities sites by i4**
... to! Complimentary links to the best universities sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4universities.com/ - 4k - Cached - Similar pages

**i4family.com - links to the best family sites by i4**
... have to! Complimentary links to the best family sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4family.com/ - 4k - Cached - Similar pages

**i4autos.com - links to the best autos sites by i4**
... have to! Complimentary links to the best autos sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4autos.com/ - 4k - Cached - Similar pages

**i4laptops.com - links to the best laptops sites by i4**
... have to! Complimentary links to the best laptops sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4laptops.com/ - 4k - Cached - Similar pages

**i4fishing.com - links to the best fishing sites by i4**
... have to! Complimentary links to the best fishing sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4fishing.com/ - 4k - Cached - Similar pages

**i4trucks.com - links to the best trucks sites by i4**
... have to! Complimentary links to the best trucks sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4trucks.com/ - 4k - Cached - Similar pages

**i4computers.com - links to the best computers sites by i4**
... have to! Complimentary links to the best computers sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4computers.com/ - 4k - Cached - Similar pages

**i4kids.com - links to the best kids sites by i4**
... t have to! Complimentary links to the best kids sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4kids.com/ - 4k - Cached - Similar pages

**i4pokemon.com - links to the best pokemon sites by i4**
... have to! Complimentary links to the best pokemon sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4pokemon.com/ - 4k - Cached - Similar pages

**i4basketball.com - links to the best basketball sites by i4**
... to! Complimentary links to the best basketball sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4basketball.com/ - 4k - Cached - Similar pages

**i4football.com - links to the best football sites by i4**
... have to! Complimentary links to the best football sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4football.com/ - 4k - Cached - Similar pages

**i4baseball.com - links to the best baseball sites by i4**
... have to! Complimentary links to the best baseball sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4baseball.com/ - 4k - Cached - Similar pages

**i4religion.com - links to the best religion sites by i4**
... have to! Complimentary links to the best religion sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4religion.com/ - 4k - Cached - Similar pages

**i4motorcycles.com - links to the best motorcycles sites by i4**
... to! Complimentary links to the best motorcycles sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4motorcycles.com/ - 4k - Cached - Similar pages

**i4history.com - links to the best history sites by i4**
... have to! Complimentary links to the best history sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4history.com/ - 4k - Cached - Similar pages

**i4phones.com - links to the best phones sites by i4**
... have to! Complimentary links to the best phones sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4phones.com/ - 4k - Cached - Similar pages

**i4tv.com - links to the best tv sites by i4**
... don't have to! Complimentary links to the best tv sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4tv.com/ - 4k - Cached - Similar pages

**i4comedy.com - links to the best comedy sites by i4**
... have to! Complimentary links to the best comedy sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4comedy.com/ - 4k - Cached - Similar pages

**i4videos.com - links to the best videos sites by i4**
... have to! Complimentary links to the best videos sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4videos.com/ - 4k - Cached - Similar pages

**i4sales.com - links to the best sales sites by i4**
... have to! Complimentary links to the best sales sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4sales.com/ - 4k - Cached - Similar pages

**i4realestate.com - links to the best realestate sites by i4**
... to! Complimentary links to the best realestate sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4realestate.com/ - 4k - Cached - Similar pages

**i4airlines.com - links to the best airlines sites by i4**
... have to! Complimentary links to the best airlines sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4airlines.com/ - 4k - Cached - Similar pages

**i4newspapers.com - links to the best newspapers sites by i4**
... to! Complimentary links to the best newspapers sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4newspapers.com/ - 4k - Cached - Similar pages

**i4beaches.com - links to the best beaches sites by i4**
... have to! Complimentary links to the best beaches sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4beaches.com/ - 4k - Cached - Similar pages

**i4cali.com - links to the best cali sites by i4**
... t have to! Complimentary links to the best cali sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4cali.com/ - 4k - Cached - Similar pages

**i4film.com - links to the best film sites by i4**
... t have to! Complimentary links to the best film sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4film.com/ - 4k - Cached - Similar pages

**i4music.com - links to the best music sites by i4**
... have to! Complimentary links to the best music sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4music.com/ - 4k - Cached - Similar pages

**i4dvds.com - links to the best dvds sites by i4**
... t have to! Complimentary links to the best dvds sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4dvds.com/ - 4k - Cached - Similar pages

**i4clubs.com - links to the best clubs sites by i4**
... have to! Complimentary links to the best clubs sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4clubs.com/ - 4k - Cached - Similar pages

**i4arts.com - links to the best arts sites by i4**
... t have to! Complimentary links to the best arts sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4arts.com/ - 4k - Cached - Similar pages

**i4photos.com - links to the best photos sites by i4**
... have to! Complimentary links to the best photos sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4photos.net/ - 4k - Cached - Similar pages

**i4fashion.com - links to the best fashion sites by i4**
... have to! Complimentary links to the best fashion sites. **i4** is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4fashion.net/ - 4k - Cached - Similar pages

### i4gambling.com - links to the best gambling sites by i4
... have to! Complimentary links to the best gambling sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4gambling.com/ - 4k - Cached - Similar pages

### i4marketing.com - links to the best marketing sites by i4
... have to! Complimentary links to the best marketing sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4marketing.com/ - 4k - Cached - Similar pages

### i4cards.com - links to the best cards sites by i4
... have to! Complimentary links to the best cards sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4cards.com/ - 4k - Cached - Similar pages

### i4lotteries.com - links to the best lotteries sites by i4
... have to! Complimentary links to the best lotteries sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4lotteries.com/ - 4k - Cached - Similar pages

### i4java.com - links to the best java sites by i4
... t have to! Complimentary links to the best java sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4java.com/ - 4k - Cached - Similar pages

### i4recipes.com - links to the best recipes sites by i4
... have to! Complimentary links to the best recipes sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4recipes.com/ - 4k - Cached - Similar pages

### i4bicycles.com - links to the best bicycles sites by i4
... have to! Complimentary links to the best bicycles sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4bicycles.com/ - 4k - Cached - Similar pages

### i4insurance.com - links to the best insurance sites by i4
... have to! Complimentary links to the best insurance sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4insurance.com/ - 4k - Cached - Similar pages

### i4beer.com - links to the best beer sites by i4
... t have to! Complimentary links to the best beer sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4beer.com/ - 4k - Cached - Similar pages

### i4billiards.com - links to the best billiards sites by i4
... have to! Complimentary links to the best billiards sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4billiards.com/ - 4k - Cached - Similar pages

### i4games.com - links to the best games sites by i4
... have to! Complimentary links to the best games sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4games.com/ - 4k - Cached - Similar pages

### i4loans.com - links to the best loans sites by i4
... have to! Complimentary links to the best loans sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4loans.com/ - 4k - Cached - Similar pages

### i4vitamins.com - links to the best vitamins sites by i4
... have to! Complimentary links to the best vitamins sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4vitamins.com/ - 4k - Cached - Similar pages

### i4books.com - links to the best books sites by i4
... have to! Complimentary links to the best books sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4books.com/ - 4k - Cached - Similar pages

### i4watches.com - links to the best watches sites by i4
... have to! Complimentary links to the best watches sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4watches.com/ - 4k - Cached - Similar pages

### i4banks.com - links to the best banks sites by i4
... have to! Complimentary links to the best banks sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4banks.com/ - 4k - Cached - Similar pages

### i4bikinis.com - links to the best bikinis sites by i4
... have to! Complimentary links to the best bikinis sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4bikinis.com/ - 4k - Cached - Similar pages

### i43d.com - links to the best 3d sites by i4
... don't have to! Complimentary links to the best 3d sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i43d.com/ - 4k - Cached - Similar pages

### i4flash.com - links to the best flash sites by i4
... have to! Complimentary links to the best flash sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4flash.com/ - 4k - Cached - Similar pages

### i4search.com - links to the best search sites by i4
... have to! Complimentary links to the best search sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4search.com/ - 4k - Cached - Similar pages

### i4dogs.com - links to the best dogs sites by i4
... t have to! Complimentary links to the best dogs sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4dogs.com/ - 4k - Cached - Similar pages

### i4downloads.com - links to the best downloads sites by i4
... have to! Complimentary links to the best downloads sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4downloads.com/ - 4k - Cached - Similar pages

### i4telephones.com - links to the best telephones sites by i4
... to! Complimentary links to the best telephones sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4telephones.com/ - 4k - Cached - Similar pages

### i4food.com - links to the best food sites by i4
... t have to! Complimentary links to the best food sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4food.com/ - 4k - Cached - Similar pages

### i4wireless.com - links to the best wireless sites by i4
... have to! Complimentary links to the best wireless sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4wireless.net/ - 4k - Cached - Similar pages

### i4security.com - links to the best security sites by i4
... have to! Complimentary links to the best security sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4security.net/ - 4k - Cached - Similar pages

### i4management.com - links to the best management sites by i4
... to! Complimentary links to the best management sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4management.net/ - 4k - Cached - Similar pages

### i4women.com - links to the best women sites by i4
... have to! Complimentary links to the best women sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4women.net/ - 4k - Cached - Similar pages

### i4stars.com - links to the best stars sites by i4
... have to! Complimentary links to the best stars sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4stars.net/ - 4k - Cached - Similar pages

### i4men.com - links to the best men sites by i4
... t have to! Complimentary links to the best men sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4men.net/ - 4k - Cached - Similar pages

### i4coffee.com - links to the best coffee sites by i4
... have to! Complimentary links to the best coffee sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4coffee.com/ - 4k - Cached - Similar pages

### i4windows.com - links to the best windows sites by i4
... have to! Complimentary links to the best windows sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4windows.com/ - 4k - Cached - Similar pages

### i4hats.com - links to the best hats sites by i4
... t have to! Complimentary links to the best hats sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4hats.com/ - 4k - Cached - Similar pages

### i4fonts.com - links to the best fonts sites by i4
... have to! Complimentary links to the best fonts sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4fonts.com/ - 4k - Cached - Similar pages

### i4stocks.com - links to the best stocks sites by i4
... have to! Complimentary links to the best stocks sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4stocks.com/ - 4k - Cached - Similar pages

### i4jokes.com - links to the best jokes sites by i4
... have to! Complimentary links to the best jokes sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4jokes.com/ - 4k - Cached - Similar pages

### i4flowers.com - links to the best flowers sites by i4
... have to! Complimentary links to the best flowers sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4flowers.com/ - 4k - Cached - Similar pages

### i4printing.com - links to the best printing sites by i4
... have to! Complimentary links to the best printing sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4printing.com/ - 4k - Cached - Similar pages

### i4taxes.com - links to the best taxes sites by i4
... have to! Complimentary links to the best taxes sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4taxes.com/ - 4k - Cached - Similar pages

### i4weather.com - links to the best weather sites by i4
... have to! Complimentary links to the best weather sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4weather.com/ - 4k - Cached - Similar pages

### i4olympics.com - links to the best olympics sites by i4
... have to! Complimentary links to the best olympics sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4olympics.com/ - 4k - Cached - Similar pages

### i4resumes.com - links to the best resumes sites by i4
... have to! Complimentary links to the best resumes sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4resumes.com/ - 4k - Cached - Similar pages

### i4love.com - links to the best love sites by i4
... t have to! Complimentary links to the best love sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4love.com/ - 4k - Cached - Similar pages

### i4maps.com - links to the best maps sites by i4
... t have to! Complimentary links to the best maps sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4maps.com/ - 4k - Cached - Similar pages

### i4makeup.com - links to the best makeup sites by i4
... have to! Complimentary links to the best makeup sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4makeup.com/ - 4k - Cached - Similar pages

### i4sunglasses.com - links to the best sunglasses sites by i4
... to! Complimentary links to the best sunglasses sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4sunglasses.com/ - 4k - Cached - Similar pages

### i4concerts.com - links to the best concerts sites by i4
... have to! Complimentary links to the best concerts sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4concerts.com/ - 4k - Cached - Similar pages

### i4cd.com - links to the best cd sites by i4
... don't have to! Complimentary links to the best cd sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4cd.com/ - 4k - Cached - Similar pages

**i4pets.com - links to the best pets sites by i4**
... t have to! Complimentary links to the best pets sites. i4 is a registered
trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4pets.com/ - 4k - Cached - Similar pages

**i4tools.com - links to the best tools sites by i4**
... have to! Complimentary links to the best tools sites. i4 is a registered
trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4tools.com/ - 4k - Cached - Similar pages

**i4world.com - links to the best world sites by i4**
... have to! Complimentary links to the best world sites. i4 is a registered
trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4world.com/ - 4k - Cached - Similar pages

**i4video.com - links to the best video sites by i4**
... have to! Complimentary links to the best video sites. i4 is a registered
trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4video.com/ - 4k - Cached - Similar pages

**i4batteries.com - links to the best batteries sites by i4**
... have to! Complimentary links to the best batteries sites. i4 is a registered
trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4batteries.com/ - 4k - Cached - Similar pages

Did you mean to search for: "*i4sites*"

**Google ▶**

Result Page:    1 2    **Next**

Free! Get the Google Toolbar. **Download Now** - **About Toolbar**



"i4 sites"    [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google

Web  Images  Groups  News  Froogle  more »

**Google**

"i4 sites"

○ Search the Web  ◉ Search English pages

[ Search ]  Advanced Search
          Preferences

## Web

Results **101 - 179** of about **200 English** pages for **"i4 sites"**. (**0.66** seconds)

### i4tickets.com - links to the best tickets sites by i4
... have to! Complimentary links to the best tickets sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4tickets.com/ - 4k - Cached - Similar pages

### i4people.com - links to the best people sites by i4
... have to! Complimentary links to the best people sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4people.com/ - 4k - Cached - Similar pages

### i4longdistance.com - links to the best longdistance sites by i4
... to! Complimentary links to the best longdistance sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4longdistance.com/ - 4k - Cached - Similar pages

### i4guns.com - links to the best guns sites by i4
... t have to! Complimentary links to the best guns sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4guns.com/ - 4k - Cached - Similar pages

### i4tattoos.com - links to the best tattoos sites by i4
... have to! Complimentary links to the best tattoos sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4tattoos.com/ - 4k - Cached - Similar pages

### i4surfing.com - links to the best surfing sites by i4
... have to! Complimentary links to the best surfing sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4surfing.com/ - 4k - Cached - Similar pages

### i4cruises.com - links to the best cruises sites by i4
... have to! Complimentary links to the best cruises sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4cruises.com/ - 4k - Cached - Similar pages

### i4boats.com - links to the best boats sites by i4
... have to! Complimentary links to the best boats sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4boats.com/ - 4k - Cached - Similar pages

### i4bibles.com - links to the best bibles sites by i4
... have to! Complimentary links to the best bibles sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4bibles.com/ - 4k - Cached - Similar pages

### i4news.com - links to the best news sites by i4
... t have to! Complimentary links to the best news sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4news.com/ - 4k - Cached - Similar pages

### i4shipping.com - links to the best shipping sites by i4
... have to! Complimentary links to the best shipping sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4shipping.com/ - 4k - Cached - Similar pages

### i4power.com - links to the best power sites by i4
... have to! Complimentary links to the best power sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4power.com/ - 4k - Cached - Similar pages

### i4groceries.com - links to the best groceries sites by i4
... have to! Complimentary links to the best groceries sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4groceries.com/ - 4k - Cached - Similar pages

### i4golf.com - links to the best golf sites by i4
... t have to! Complimentary links to the best golf sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4golf.com/ - 4k - Cached - Similar pages

### i4cameras.com - links to the best cameras sites by i4
... have to! Complimentary links to the best cameras sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4cameras.com/ - 4k - Cached - Similar pages

### i4camping.com - links to the best camping sites by i4
... have to! Complimentary links to the best camping sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4camping.com/ - 4k - Cached - Similar pages

### i4dvd.com - links to the best dvd sites by i4
... t have to! Complimentary links to the best dvd sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4dvd.com/ - 4k - Cached - Similar pages

### i4television.com - links to the best television sites by i4
... to! Complimentary links to the best television sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4television.com/ - 4k - Cached - Similar pages

### i4hosting.com - links to the best hosting sites by i4
... have to! Complimentary links to the best hosting sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4hosting.com/ - 4k - Cached - Similar pages

### i4bible.com - links to the best bible sites by i4
... have to! Complimentary links to the best bible sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4bible.com/ - 4k - Cached - Similar pages

### i4linux.com - links to the best linux sites by i4
... have to! Complimentary links to the best linux sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4linux.com/ - 4k - Cached - Similar pages

### i4wallpaper.com - links to the best wallpaper sites by i4
... have to! Complimentary links to the best wallpaper sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4wallpaper.com/ - 4k - Cached - Similar pages

### i4jewelry.com - links to the best jewelry sites by i4
... have to! Complimentary links to the best jewelry sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4jewelry.com/ - 4k - Cached - Similar pages

**i4drugs.com - links to the best drugs sites by i4**
... have to! Complimentary links to the best drugs sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4drugs.com/ - 4k - Cached - Similar pages

**i4shopping.com - links to the best shopping sites by i4**
... have to! Complimentary links to the best shopping sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4shopping.com/ - 4k - Cached - Similar pages

**i4cooking.com - links to the best cooking sites by i4**
... have to! Complimentary links to the best cooking sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4cooking.com/ - 4k - Cached - Similar pages

**i4horses.com - links to the best horses sites by i4**
... have to! Complimentary links to the best horses sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4horses.com/ - 4k - Cached - Similar pages

**i4gifts.com - links to the best gifts sites by i4**
... have to! Complimentary links to the best gifts sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4gifts.com/ - 4k - Cached - Similar pages

**i4web.com - links to the best web sites by i4**
... t have to! Complimentary links to the best web sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4web.org/ - 4k - Cached - Similar pages

**i4free.com - links to the best free sites by i4**
... t have to! Complimentary links to the best free sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4free.org/ - 4k - Cached - Similar pages

**i4information.com - links to the best information sites by i4**
... to! Complimentary links to the best information sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4information.org/ - 4k - Cached - Similar pages

**i4wine.com - links to the best wine sites by i4**
... t have to! Complimentary links to the best wine sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4wine.com/ - 4k - Cached - Similar pages

**i4mortgage.com - links to the best mortgage sites by i4**
... have to! Complimentary links to the best mortgage sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4mortgage.com/ - 4k - Cached - Similar pages

**i4time.com - links to the best time sites by i4**
... t have to! Complimentary links to the best time sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4time.com/ - 4k - Cached - Similar pages

**i4shoes.com - links to the best shoes sites by i4**
... have to! Complimentary links to the best shoes sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4shoes.com/ - 4k - Cached - Similar pages

**i4jobs.com - links to the best jobs sites by i4**
... t have to! Complimentary links to the best jobs sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4jobs.com/ - 4k - Cached - Similar pages

**i4hair.com - links to the best hair sites by i4**
... t have to! Complimentary links to the best hair sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4hair.com/ - 4k - Cached - Similar pages

**i4chocolate.com - links to the best chocolate sites by i4**
... have to! Complimentary links to the best chocolate sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4chocolate.com/ - 4k - Cached - Similar pages

**i4britney.com - links to the best britney sites by i4**
... have to! Complimentary links to the best britney sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4britney.com/ - 4k - Cached - Similar pages

**i4candy.com - links to the best candy sites by i4**
... have to! Complimentary links to the best candy sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4candy.com/ - 4k - Cached - Similar pages

**i4screensavers.com - links to the best screensavers sites by i4**
... to! Complimentary links to the best screensavers sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4screensavers.com/ - 4k - Cached - Similar pages

**i4office.com - links to the best office sites by i4**
... have to! Complimentary links to the best office sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4office.com/ - 4k - Cached - Similar pages

**i4canada.com - links to the best canada sites by i4**
... have to! Complimentary links to the best canada sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4canada.com/ - 4k - Cached - Similar pages

**i4toys.com - links to the best toys sites by i4**
... t have to! Complimentary links to the best toys sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4toys.com/ - 4k - Cached - Similar pages

**i4stereos.com - links to the best stereos sites by i4**
... have to! Complimentary links to the best stereos sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4stereos.com/ - 4k - Cached - Similar pages

**i4lyrics.com - links to the best lyrics sites by i4**
... have to! Complimentary links to the best lyrics sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4lyrics.com/ - 4k - Cached - Similar pages

**i4uk.com - links to the best uk sites by i4**
... don't have to! Complimentary links to the best uk sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4uk.net/ - 4k - Cached - Similar pages

### i4boxing.com - links to the best boxing sites by i4
... have to! Complimentary links to the best boxing sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4boxing.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4accounting.com - links to the best accounting sites by i4
... to! Complimentary links to the best accounting sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4accounting.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4germany.com - links to the best germany sites by i4
... have to! Complimentary links to the best germany sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4germany.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4glasses.com - links to the best glasses sites by i4
... have to! Complimentary links to the best glasses sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4glasses.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4italian.com - links to the best italian sites by i4
... have to! Complimentary links to the best italian sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4italian.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4coupons.com - links to the best coupons sites by i4
... have to! Complimentary links to the best coupons sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4coupons.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4america.com - links to the best america sites by i4
... have to! Complimentary links to the best america sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4america.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4moving.com - links to the best moving sites by i4
... have to! Complimentary links to the best moving sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4moving.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4airfare.com - links to the best airfare sites by i4
... have to! Complimentary links to the best airfare sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4airfare.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4brazil.com - links to the best brazil sites by i4
... have to! Complimentary links to the best brazil sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4brazil.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4science.com - links to the best science sites by i4
... have to! Complimentary links to the best science sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4science.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4france.com - links to the best france sites by i4
... have to! Complimentary links to the best france sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4france.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4comics.com - links to the best comics sites by i4**
... have to! Complimentary links to the best comics sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4comics.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4knives.com - links to the best knives sites by i4**
... have to! Complimentary links to the best knives sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4knives.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4domains.com - links to the best domains sites by i4**
Complimentary links to the best domains sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. i4hotels.com :: :: :
www.i4domains.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4xgames.com - links to the best xgames sites by i4**
... have to! Complimentary links to the best xgames sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4xgames.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4cologne.com - links to the best cologne sites by i4**
... have to! Complimentary links to the best cologne sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4cologne.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4england.com - links to the best england sites by i4**
... have to! Complimentary links to the best england sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4england.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4buffalo.com - links to the best buffalo sites by i4**
... have to! Complimentary links to the best buffalo sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4buffalo.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4clothes.com - links to the best clothes sites by i4**
... have to! Complimentary links to the best clothes sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4clothes.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4hunting.com - links to the best hunting sites by i4**
... have to! Complimentary links to the best hunting sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4hunting.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4candles.com - links to the best candles sites by i4**
... have to! Complimentary links to the best candles sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4candles.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4chinese.com - links to the best chinese sites by i4**
... have to! Complimentary links to the best chinese sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4chinese.com/ - 4k - Supplemental Result - Cached - Similar pages

**i4spanish.com - links to the best spanish sites by i4**
... have to! Complimentary links to the best spanish sites. i4 is a registered trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4spanish.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4inte.com.com - links to the best internet sites by i4
... have to! Complimentary links to the best internet sites. **i4** is a registered
trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4internet.net/ - 4k - Cached - Similar pages

### i4chat.com - links to the best chat sites by i4
... t have to! Complimentary links to the best chat sites. **i4** is a registered
trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4chat.com/ - 4k - Cached - Similar pages

### 1 subroutine aioxtn(sctrl,sspec,ssite,sarray,slat,pnuc,qnuc) 1,115 ...
... 251 goto 101 252 endif 253 call mkilst (outs,nlsts,lsts) 254 print 307,
outs(1:ip+1), nlsts 255 307 format(' List ',a,' contains',**i4**,' **sites**.') 256 257 ...
al1.phys.sci.osaka-u.ac.jp/~kotani/ lmf6.12browser/html_code/subs/aioxtn.f.html - 101k - Supplemental Result - Cached - Similar pages

### i4gaming.com - links to the best gaming sites by i4
... have to! Complimentary links to the best gaming sites. **i4** is a registered
trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4gaming.com/ - 4k - Supplemental Result - Cached - Similar pages

### i4perfume.com - links to the best perfume sites by i4
... have to! Complimentary links to the best perfume sites. **i4** is a registered
trademark of **i4 Sites** - USPTO Registration No. 2445130. ...
www.i4perfume.com/ - 4k - Supplemental Result - Cached - Similar pages

### America's Concentration Camps Resources
JANM Logo, ...
www.janm.org/projects/clasc/resources.htm - 12k - Cached - Similar pages

### [PS] Integrated Formal Methods with Richer Methodological Profiles for ...
File Format: Adobe PostScript - View as Text
Integrated Formal Methods with Richer Methodological Profiles for the Development
of. Multi-Perspective Systems. Andy J. Galloway. August 20, 1996. ...
www.cs.york.ac.uk/ftpdir/pub/andyg/thesis/whole.ps.Z - Similar pages

### video teens fucking Fucking teenagers shaved girls : lesbo
Video Teens Fucking. onlyteenz lolitasexbilder und young pussy pics, hotest
teens peeteen lesbos teen, teentitten fucking teen thumbnails ...
www.elboricua.net/lesbisch/**i4-sites**.htm - Supplemental Result - Similar pages

*In order to show you the most relevant results, we have omitted some entries very similar to the 179 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

◀ **Google**

Result Page: **Previous** 1  **2**

"i4 sites"    [ Search ]

Search within results | Language Tools | Search Tips

Google Home - Advertising Programs - Business Solutions - About Google

©2004 Google

Case 1:04-cv-12044-GAO    Document 13-3    Filed 11/01/2004    Page 18 of 18

©2004 Google