UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIMOTHY W. CALKINS and CHRISTINE A. CALKINS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-12044-GAO |
| v. | ) ) | |
| HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC., RIO PROPERTIES, INC., RIO HOTEL & CASINO, INC. d/b/a RIO ALL-SUITE HOTEL & CASINO and the RIO, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE COURT:*

Please enter my appearance as counsel for Plaintiff, Timothy W. Calkins and Christine A.

Calkins., in the above-entitled action.

Jeffrey N. Catalano, Esq. BBO# 567798
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: November 2, 2004