AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

TIMOTHY W. CALKINS and
CHRISTINE A. CALKINS,
      Plaintiffs,

V.

HARRAH'S ENTERTAINMENT, INC.,
HARRAH'S OPERATING COMPANY, INC.,
RIO PROPERTIES, INC., RIO HOTEL
& CASINO, INC. d/b/a RIO ALL-SUITE
HOTEL & CASINO and the RIO,
      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   04-12044-GAO

TO: (Name and address of Defendant)

Harrah's Operating Company, Inc.
One Harrah's Court
Las Vegas, NV

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey N. Catalano, Esq.
Todd & Weld LLP
28 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   10/29/2004

# PROOF OF SERVICE

Initiator: **Todd & Weld, LLP**
**28 State Street**
**Boston, MA 02109**

Phone: ()

Attorney for: **Timothy W. Calkins, et al**

Court: **United States Dist Ct - Massachusetts**

Plaintiff: **Timothy W. Calkins, et al**
Defendant: **Harrah's Entertainment, Inc, et al**
Hearing:

Case No. **0412044GAO**
File No. **50899 - 1**

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   **Summons/Complaint**

2. Party served: **Harrah's Operating Company, Inc**
   AKA:
   AKA:
   **502 E. John St., Room E**
   **R/A: CSC Services**
   **Carson City, NV 89701**

3. I served the party named in Item 2:
   **Authorized Individual**

   **November 04, 2004 02:00 PM**

4. Remarks:
   Served on Katie Holaday, Technician.

5. Person serving: Jesse Horton
   Carson City Sheriff's Department
   901 East Musser Street
   Carson City, Nv. 89701

Service Fee: $78.00

Phone: (775) 887-2020 (x1712)

7. I am a Carson City Sheriff's officer and I certify that the foregoing is true and correct.

Date: November 05, 2004

Sheriff's Authorized Agent

Subscribed and Sworn to before me this 5 day of November, 2004
State of Nevada, County of Carson City

Notary Public

ALLISON J. MARTINI
NOTARY PUBLIC - NEVADA
Appt Recorded in LYON CO.
No.03-79370-12  My Appt Exp Aug 23, 2006