# UNITED STATES DISTRICT COURT

District of    Massachusetts

TIMOTHY W. CALKINS and
CHRISTINE A. CALKINS,
    Plaintiffs,

V.

HARRAH'S ENTERTAINMENT, INC.;
HARRAH'S OPERATING COMPANY, INC.,
RIO PROPERTIES, INC., RIO HOTEL
& CASINO, INC. d/b/a RIO ALL-SUITE
HOTEL & CASINO and the RIO,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    04-12044-GAO

TO: (Name and address of Defendant)

Rio Properties, Inc.
3475 Las Vegas Blvd.
Las Vegas, NV

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey N. Catalano, Esq.
Todd & Weld LLP
28 State Street
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE    10/29/2004

# PROOF OF SERVICE

Initiator: Todd & Weld, LLP
28 State Street
Boston, MA 02109

Phone: ()

Attorney for: **Timothy W. Calkins, et al**

Court:   **United States Dist Ct - Massachusetts**

Plaintiff:   **Timothy W. Calkins, et al**
Defendant: **Harrah's Entertainment, Inc, et al**
Hearing:

Case No. **0412044GAO**
File No.   50899 - 1

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
    **Summons/Complaint**

2. Party served:   **Rio Properties, Inc**
    AKA:
    AKA:
    502 E. John St., Room E
    R/A: CSC Services
    Carson City, NV 89701

3. I served the party named in Item 2:
    **Authorized Individual**

    **November 04, 2004 02:00 PM**

4. Remarks:
    Served on Katie Holaday, Technician.

5. Person serving: Jesse Horton
    Carson City Sheriff's Department
    901 East Musser Street
    Carson City, Nv. 89701

Service Fee: $78.00

Phone: (775) 887-2020 (x1712)

7. I am a Carson City Sheriff's officer and I certify that the foregoing is true and correct.

Date: November 05, 2004

Sheriff's Authorized Agent

Subscribed and Sworn to before me this 5 day of November, 2004
State of Nevada, County of Carson City

Notary Public



ALLISON J. MARTINI
NOTARY PUBLIC - NEVADA
Appt Recorded in LYON CO.
No.03-79370-12   My Appt Exp Aug 23, 2006