DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>    Defendants. | Civil Action No. 04-12044-GAO |

## MOTION TO FILE BRIEF IN EXCESS OF TWENTY PAGES

The plaintiffs Timothy and Christine Calkins herewith respectfully move for leave to submit a memorandum in excess of twenty-pages. In support of their motion, the plaintiffs state:

1. The plaintiffs have filed a twenty-nine page opposition to the defendants' Motion to Dismiss the Plaintiffs' Amended Complaint.

2. The plaintiffs seek leave to file an Opposition that is twenty-nine pages long. The plaintiffs believe in good faith that they cannot address the numerous issues the defendants raise in fewer pages for the following reasons.

3. On October 4, 2004, the defendants filed a Motion to Dismiss challenging the propriety of the Court's personal jurisdiction over them as well as under the doctrine of forum non conveniens. That Motion and plaintiffs' Opposition are presently pending before the Court.

Subsequently, on October 18, 2004, the plaintiffs filed an Amended Complaint. The defendants now move to dismiss the Amended Complaint.

4.  In their present Motion to Dismiss, the defendants raise arguments based on personal jurisdiction and forum non conveniens, which were the subject of their first motion, as well as the plaintiffs' claims of negligent hiring, training, and supervision.

5.  Therefore, the plaintiffs require a detailed Opposition to sufficiently address each of these issues.

6.  Furthermore, since the present Opposition addresses many of the same arguments covered in the plaintiffs' first Opposition, it permits the Court to review one pleading rather than two in making its determination.

WHEREFORE, the plaintiffs respectfully request that this Honorable Court grant them leave to file a brief that is twenty-nine (29) pages long.

        Respectfully submitted,

        TIMOTHY W. CALKINS and
        CHRISTINE A. CALKINS
        By their attorneys,


        /s/ Christopher R. O'Hara
        Christopher R. O'Hara (BBO # 548611)
        Jeffrey N. Catalano (BBO # 567798)
        TODD & WELD LLP
        28 State Street, 31st Floor
        Boston, MA 02109
        (617) 720-2626

Dated: November 11, 2004