EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-12044-GAO |

## AFFIDAVIT OF TIMOTHY W. CALKINS

I, Timothy W. Calkins, being duly sworn, do hereby depose and state as follows:

1.  I make this affidavit on personal knowledge.

2.  In August of 2000, I went with my wife Christine Calkins to the Rio All-Suite Hotel & Casino in Las Vegas, Nevada for a vacation. We had looked into the hotel and casino on its website and I made our reservations on-line through the Rio's interactive website.

3.  When we returned from our vacation that year, and through 2001, we continued to receive from the Rio promotional and marketing letters and brochures in the mail at our home in Brewster, Massachusetts. The purpose of these materials was to entice us to return to the Rio by providing information on special discounts and upcoming events.

4.  Because of these continuous solicitations, my wife and I considered returning to the Rio for another vacation in the summer of 2002. However, we felt that we could not afford to go because of our tight financial situation.

5. A friend of ours, Nancy Griffin, who was temporarily living in our home, heard us tell her that we wanted to return to the Rio, but that we could not afford it.

6. As a result, Nancy booked reservations for us with the Rio on-line through its interactive website. A copy of a confirming e-mail is attached as <u>Exhibit A</u>.

7. She then surprised us by telling us she paid for us to go the Rio in return for the favor for letting her stay at our home that summer free of charge.

8. As a result, we left for the Rio on August 13, 2002. On August 14, 2002, the events detailed on our Complaint occurred at the Rio resulting in substantial injuries to my head and neck.

9. After our return, and through 2003, we continued to receive promotional and marketing materials from the Rio at our home enticing us to return to the Rio. Copies of these materials are attached as <u>Exhibit B</u>.

10. In addition, throughout the last several years, I have seen many television commercials advertising the Rio and all of its amenities while watching various television programs at my home.

11. In addition, I recently saw a one-hour long segment on either the Discovery Channel or the Travel Channel featuring the Rio's hotel and casino in Las Vegas, Nevada.

SIGNED under the pains and penalties of perjury on this 12th day of
October , 2004.


_____
Timothy W. Calkins

## EXHIBIT A

HoTEl

| Subj: | **i4vegas.com Confirmation: TW-99493065** |
|---|---|
| Date: | 7/28/2002 9:34:35 PM Eastern Standard Time |
| From: | res@i4vegas.com |
| To: | nangrazie@aol.com |

*Sent from the Internet (Details)*

AHN:
Jeff

```
***********************************************************
*      Thank you for choosing i4vegas.com!         *
*   For questions or changes to your reservation(s)    *
*   Please call Customer Care Toll-Free at 1-800-652-6575  *
*   Please have your confirmation number available when   *
*   calling.                                         *
***********************************************************
```

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* RECEIPT INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

i4vegas Master Confirmation #: TW-99493065
Confirmation Date and Time: 7/28/2002 6:34:12 PM
Confirmation sent via Email to: nangrazie@aol.com

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* HOTEL INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Rio Suites Hotel & Casino
3700 West Flamingo Rd. Las Vegas, NV 89103
---------------

i4vegas Confirmation: TW-99493065
Check-in: 8/13/2002
Check-out: 8/20/2002
No. nights: 7

Room1: Tim & Chris  Calkins
Bed type: 1 King
Smoking: No

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PAYMENT SUMMARY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Current Payment:
 7/28/2002  Visa  xxxxxxxxxx8498
 Total Price: $706.72

Your credit card will be charged directly by BESTRESERV/TRAVELWORM for the amount of $706.72

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* HOTEL POLICIES \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The cancellation policy is as follows -
Any cancellations or changes made more than 3 days prior to arrival are subject to a $25
handling fee per room. Cancellations or changes made within 3 days of arrival
are subject to a $25 handling fee PLUS the first night's room rate per room.
Cancellations made within 48 hours of arrival date are completely non-refundable.

# EXHIBIT B



P.O. Box 17070
LAS VEGAS, NEVADA
89114

Dear Timothy,

Joe E. Lewis said, "I don't like money actually, but it quiets my nerves." Just in case you're in the same boat, I'm enclosing a check.

I know you're already a member of the Harrah's family, but we do things a bit differently at the Rio in Las Vegas. And when we promised your Total Rewards card would be full of surprises, we weren't kidding.

Of course, I wouldn't rely on money alone to coax you into a repeat visit. So let me sweeten the pot a little.

I'm also sending you some discounted room nights, and two more coupons for a selection of shows that in my totally unbiased opinion are the best in the galaxy.

Our all-suite resort is unique among major Las Vegas hotels. Every suite gives you room to stretch out, or room to entertain friends. And once you've stayed in one of these monsters, you'll never settle for an ordinary room again.

As far as your show at the Rio, what better can we offer than The Scintas? This unusual group plays to sellout audiences each night, and why not? They've brought back the tasteful impressions, songs and comedy of classic Las Vegas.

And if you're a slot player, why go anywhere else? In *Strictly Slots* magazine's 2002 "Best of Slots" reader poll, we won 27 first places. They included Best Cash Back, Best Video Slots, Best Slot Club, Best High End Slots, Best Nickels and Best Quarters, which just about makes it a clean sweep. I could go on but modesty forbids.

Your show at our sister property, Harrah's Las Vegas, stars the amazing Clint Holmes, voted "Best Singer" and "Best All-Around Entertainer" by the Las Vegas media. He is truly "The Man," and not to be missed. But you have a choice of the unpredictable Improv Comedy Showcase or the barely legal revue, "Skintight."

Bottom line—you've chosen wisely. And here are two good reasons to use your Total Rewards card every time you play. First, you'll continue to receive nice surprises like this one, plus invitations to special events. And second, your card is good at every Harrah's location in the US.

So there you have it—an unbeatable invitation that no one else in Las Vegas can match, including free money, discounted room nights and magnificent show offers at two resorts. I'll go quietly now as you reach for the phone to make your reservations and beat the rush that's bound to happen. Simply dial 1-877-727-4640, and thank you.

Warm Regards,

Tom Jenkin
Sr. Vice President and General Manager
Rio All-Suite Hotel & Casino and Harrah's Las Vegas

Know When To Stop Before You Start™   Gambling Problem?  Call 800 522 4700
©2001, Harrah's Entertainment, Inc



SPECIAL ROOM RATE
$29 Sun.-Thurs./$75 Fri.-Sat.

Timothy Calkins
Account #I700120045?

For reservations call 1-877-727-4640.
Advance reservations required.
Expires February 28, 2003.
See back for more details.

Offer Code: RLHW63EH37

2 FOR 1 SHOW TICKETS
to see the SCINTAS at the
RIO ALL-SUITE
HOTEL & CASINO

Timothy Calkins
Account #I700120045?

Present coupon at the Rio Box Office.
Sunday - Thursday only.
Expires February 28, 2003.
See back for more details.

Offer Code: KREWARDS

2 FOR 1 SHOW TICKETS
to see
CLINT HOLMES/SKINTIGHT
or IMPROV COMEDY CLUB
at HARRAH'S LAS VEGAS

Timothy Calkins
Account #I700120045?

Present coupon at Harrah's Box Office.
Sunday - Thursday only.
Expires February 28, 2003.
See back for more details.

Offer Code: NB005

Pay to the
order of    *Timothy Calkins – 1700120045?*

*Five and 00/100* ********************************************************************************  $ **5.00**

Dollars

Expiration Date    *February 28, 2003*

Non-Negotiable. Redeem at cashier's cage.

TOM J. JENKIN
SENIOR VICE PRESIDENT & GENERAL MANAGER,
HARRAH'S LAS VEGAS & RIO ALL-SUITE HOTEL & CASINO

08.02

Subject to availability. Offer is non-transferable, non-replaceable, not valid after expiration date and may not be combined with any other promotion. Total Rewards card and valid photo ID must be presented for redemption. Subject to change/cancellation without notice. Blackout/dark dates apply and valid for stated show only. No exchange, substitution, trade-out or cash value. Additional restrictions may apply. Management reserves all rights including the right to cancel or amend this offer at any time.

Subject to availability. Offer is non-transferable, non-replaceable, not valid after expiration date and may not be combined with any other promotion. Total Rewards card and valid photo ID must be presented for redemption. Subject to change/cancellation without notice. Blackout/dark dates apply and valid for stated show only. No exchange, substitution, trade-out or cash value. Additional restrictions may apply. Management reserves all rights including the right to cancel or amend this offer at any time.

Available at the Rio All-Suite Hotel & Casino or Harrah's Las Vegas. Offer is subject to block availability. Five nights maximum. Additional nights at prevailing rate. Blackout dates apply including New Years and Superbowl periods. Offer is non-transferable. Holiday and convention periods excluded. May not be combined with any other offer or promotion. Major credit card or cash room deposit required. Additional restrictions may apply. Advance reservations required. Management reserves all rights including the right to cancel or amend this offer at any time.

X_____
Guest Signature

X_____
Employee Signature

Voucher may be redeemed at the Rio All-Suite Hotel & Casino or Harrah's Las Vegas before the expiration date printed on the voucher. At time of redemption, present voucher along with Total Rewards card and valid Picture I.D. to main cashier's cage. This voucher is nontransferable and nonnegotiable. Must be 21 years of age or older. Harrah's is not responsible for lost, forgotten or stolen vouchers and reserves the right to alter or cancel this offer at any time. Additional restrictions apply. Harrah's employees are not eligible for this promotion. Maximum reward $5.00.

4746

17001200457W63-8
Timothy Calkins
2 Landing Dr
Brewster MA 02631-2716



Dear Timothy,

I don't want to make a big deal out of this, but I've just set aside 22 free nights to choose from for friends of Harrah's in December at Harrah's Las Vegas, Harrah's Laughlin or Rio All-Suite Hotel & Casino. Plus some attractive weekend rates. So take your choice of property, nail down your choice of two free nights on designated dates, phone to let us know when you'll arrive, and move in.

But please--don't breathe a word of this. Our generosity is legend when it comes to friends and our competitors go ballistic when they hear of it.

They're already upset about our Total Rewards program. I mean, you now earn Total Rewards Credits on every slot, table game, keno and sportsbook in the place. And if you stack up enough Credits, it's actually possible to earn a Harrah's limousine at your service for eight hours, get a golf lesson from the pro who taught Tiger Woods, or even invite your friends and fly cross-country in the company jet.

And something else. You can use your Reward Credits any time you want to, as long as you earn just one Reward Credit every six months. So if you want to hoard them for a special occasion like an anniversary or birthday, be my guest. Naturally, you can earn (and combine) Base Reward Credits at Harrah's Las Vegas, Harrah's Laughlin and Rio. And you get the same deal at any Harrah's, Rio, Showboat or Harveys nationwide.

So for gosh sakes, use your Total Rewards card every time you even THINK of playing slots or games or anything else you'll find at Harrah's. And if you've lost or misplaced your card, pick up a new card the minute you get here.

One more juicy item: I'm sending you some details on a holiday show at the Rio. The star is Jeff Trachta from "The Bold and the Beautiful," the singers and dancers are first rate, and the tab is only $29.95 per person. You'll hate yourself if you miss it.

Time for action. My reservations people are bracing themselves for your calls. Take your pick of property for your Nov/Dec 2003 Getaway:

- For Harrah's Las Vegas or Rio, call 1-888-746-0240 and mention Offer Code: HRHICA1H37 **or**
- For Harrah's Laughlin, call 1-800-577-3508 and mention Offer Code: LUHICA1H25

Like I said, confirm today and you get the best dates. Thank you.

Kind Regards,

Tom Jenkin
Sr. Vice President & General Manager
Harrah's Las Vegas, Harrah's Laughlin & Rio

P.S. My promotion geniuses have figured out a way to reward you twice. The first is with Base Reward Credits (you get a Credit for every $5 you play on the slots or $10 you play on video-poker). The second is with Bonus Credits that are added to your stash based on the amount of your play.

Offer valid at Harrah's Las Vegas, Rio or Harrah's Laughlin - One property only. Two free nights on designated dates only. Subject to availability. Offer is non-transferable. Tax not included. Offer cannot be combined with other offers and subject to blackout dates. Limit one offer per trip per household. Major credit card required. Cancellation policy applies. Additional restrictions may apply. Management reserves all rights.

©2003 Harrah's Entertainment, Inc. Know When To Stop Before You Start.® Gambling Problem? Call 1-800-522-4700.

**MORE OPTIONS**       **MORE CONTROL**       **MORE CHOICES**

# Harrah's Las Vegas and Rio Room Rates

## November/December

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 23 Harrah's | 24 Harrah's | 25 Harrah's | 26 Harrah's | 27 Harrah's | 28 Harrah's | 29 Harrah's |
| 30 $19 | 1 $19 | 2 $19 | 3 $19 | 4 $19 | 5 Harrah's | 6 Harrah's |
| 7 $29 | 8 $29 | 9 $29 | 10 $29 | 11 FREE | 12 $59 | 13 $79 |
| 14 FREE | 15 FREE | 16 FREE | 17 FREE | 18 FREE | 19 FREE | 20 $39 |
| 21 $19 | 22 $19 | 23 $39 | 24 $39 | 25 $19 | 26 Harrah's | 27 Harrah's |
| 28 Harrah's | 29 Harrah's | 30 Harrah's | 31 Harrah's | | | |

# Harrah's Laughlin Room Rates

## November/December

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 23 Harrah's | 24 Harrah's | 25 Harrah's | 26 Harrah's | 27 $55 | 28 $55 | 29 $49 |
| 30 FREE | 1 FREE | 2 FREE | 3 FREE | 4 FREE | 5 $37 | 6 $37 |
| 7 FREE | 8 FREE | 9 FREE | 10 FREE | 11 FREE | 12 $35 | 13 $35 |
| 14 FREE | 15 FREE | 16 FREE | 17 FREE | 18 FREE | 19 $30 | 20 $30 |
| 21 FREE | 22 FREE | 23 FREE | 24 FREE | 25 FREE | 26 $37 | 27 $37 |
| 28 FREE | 29 Harrah's | 30 Harrah's | 31 Harrah's | | | |

4886-ICA-6

Timothy Calkins
2 Landing Dr
Brewster MA 02631-2716
IIIнннlнlнllннllннllнlнlllнlнllнllнllннlнlllннl



# Harrah's Las Vegas and Rio Room Rates

# Harrah's Laughlin Room Rates

## November/December

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| **23** Harrahs | **24** Harrahs | **25** Harrahs | **26** Harrahs | **27** Harrahs | **28** Harrahs | **29** Harrahs |
| **30** $19 | **1** $19 | **2** $19 | **3** $19 | **4** $19 | **5** Harrahs | **6** Harrahs |
| **7** $29 | **8** $29 | **9** $29 | **10** $29 | **11** FREE | **12** $59 | **13** $79 |
| **14** FREE | **15** FREE | **16** FREE | **17** FREE | **18** FREE | **19** FREE | **20** $39 |
| **21** $19 | **22** $19 | **23** $39 | **24** $39 | **25** $19 | **26** Harrahs | **27** Harrahs |
| **28** Harrahs | **29** Harrahs | **30** Harrahs | **31** Harrahs | | | |

## November/December

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| **23** Harrahs | **24** Harrahs | **25** Harrahs | **26** Harrahs | **27** $55 | **28** $55 | **29** $49 |
| **30** FREE | **1** FREE | **2** FREE | **3** FREE | **4** FREE | **5** $37 | **6** $37 |
| **7** FREE | **8** FREE | **9** FREE | **10** FREE | **11** FREE | **12** $35 | **13** $35 |
| **14** FREE | **15** FREE | **16** FREE | **17** FREE | **18** FREE | **19** $30 | **20** $30 |
| **21** FREE | **22** FREE | **23** FREE | **24** FREE | **25** FREE | **26** $37 | **27** $37 |
| **28** FREE | **29** Harrahs | **30** Harrahs | **31** Harrahs | | | |



Dear friends,

I don't want to make a big deal out of this, but I've just set aside 22 free nights to choose from for friends of Harrah's. In December at Harrah's Las Vegas, Harrah's Laughlin or Rio All-Suite Hotel & Casino. Plus some attractive weekend rates. So take your choice of property, nail down your choice of two free nights on the required days, phone to let us know when you'll arrive, and move in.

But please, don't breathe a word of this. Our generosity is legend when it comes to friends and our competitors go ballistic when they hear of it.

They're all way upset about our Total Rewards program. I mean, you now earn Total Rewards Credits on every chart table game, keno and sportsbook in the place. And if you stack up enough Credits, it's actually possible to earn a Harrah's limousine at your service for eight hours, get a golf lesson from the pro who taught Tiger Woods, or even make your friends and fly cross-country in the company jet.

And something else. You can use your Reward Credits any time you want to, as long as you earn just one Reward Credit every six months. So if you want to hoard them for a special occasion like an anniversary or birthday, be my guest. Naturally, you can earn (and combine) these Reward Credits at Harrah's Las Vegas, Harrah's Laughlin and Rio. And you get the same deal at any Harrah's, Rio, Showboat or Harvey's nationwide.

So for your sake, use your Total Rewards card every time you even THINK of playing slots or games or anything else you'd find at Harrah's. And if you've lost or misplaced your card, pick up a new card the minute you get here.

One more juicy item. I'm sending you some details on a holiday show at the Rio. The star is Jeff Trachta. Rio. The Bold and the Beautiful, the singers and dancers are first rate, and the tab is only $29.95 per person. You'll hate yourself if you miss it.

Time for action. My reservations people are bracing themselves for your calls. Take your pick of property for your Nov/Dec 2003 Getaway.

* For Harrah's Las Vegas or Rio, call 1-800-746-0240 and mention Offer Code: HRHICA1113 or
* For Harrah's Laughlin, call 1-800-877-3808 and mention Offer Code: LUHICA1123

# TOTAL REWARDS PROGRAM

Total Rewards is the leading player recognition
program in the country. It's a total package
that's designed to reward you for your loyalty.
The program is built around Reward Credits,
which are the key to understanding the
comps you've earned.

## EARNING REWARD CREDITS

Reward Credits are earned by using your
Total Rewards card each and every time you
play slots…at each Harrah's, Rio and Showboat
casino across the USA. The more you play, the
more you earn. Using your Total Rewards card
will also entitle you to other amenities as well.

Using your Total Rewards card can earn you
valuable comps towards shows, meals, and
hotel rooms. Here is a small example of the
rewards you can earn at the Rio:

| Daily Reward** | |
|---|---|
| Credits | Benefit |
| 200 | $10 Comp* |
| 300 | $15 Comp* |
| 400 | $20 Comp* |
| 500 | $25 Comp* |
| 600 | $30 Comp* |

*Comps Can be Used Towards Any Rio Restaurant or Show

## TOTAL REWARDS BENEFITS

By being a Total Rewards member, you'll
experience how "loyalty pays". This means
you will receive incredible room, show and event
offers in your mailbox. Also as a Total Rewards
member you may be entitled to special room
rates and comps towards shows and meals
based on your level of play. Just one more
reason we like to say loyalty pays!



## TOTAL REWARDS CARD LEVELS

Reward Credits also count toward your annual
tier status. Total Rewards offers three levels
of cards – Total Gold, Total Platinum and Total
Diamond. Each level offers increasingly valuable
privileges at each of our casinos. For slot players,
3,000 annual (January to December) Reward
Credits earns you Platinum status and 10,000
annual Reward Credits earns you Diamond
status. Table players are recognized based
on your average bet and length of playing time.
Be sure to hand your Total Rewards card
to your dealer every time you play.

## TIERED CARD MEMBERSHIP ENTITLES YOU TO THESE GREAT PRIVILEGES** AT THE RIO:

| | GLD | PLT | DIA |
|---|---|---|---|
| Business Service Discount | 10% | 10% | 10% |
| Rio Gift Shop Discount <br>(Rio logo items only) | 10% | 15% | 25% |
| Rio Salon & Spa Service Discount | | 15% | 25% |
| Pavilion Florist Discount | | 10% | 15% |
| Show Tickets Discount <br>(Up to 4 per calendar year)*** | | 50% | 75% |
| Preferred Hotel Rates | | x | x |
| Express Hotel Check-In area | | x | x |
| Rio Secco Golf Course Discount <br>(Sunday-Thursday) | | | 20% |
| Entrance to Exclusive <br>Diamond Lounge | | | x |

***Valid for Showgirls, Ronn Lucas or the Scintas

## HARRAHS.COM

To learn more about the Total Rewards
program, tiered cards, and the privileges
you can earn visit www.harrahs.com. Here
you can also check your annual tier score,
see what offers we've mailed to you, and even
redeem hotel offers on-line. Just click on Total
Rewards at our home page, then "check your
account and offers now", log in using your
Total Rewards card number and your date of
birth (for first-timers) or your PIN (for veterans).

**Rewards and privileges are subject to change.



# Two Free Nights & Two-for-One Show Tickets!

Enjoy a Las Vegas getaway with **TWO FREE NIGHTS** on select dates at your choice of Harrah's Las Vegas or Rio All-Suite Hotel & Casino in Las Vegas!

**This free two-night offer is valid for the following dates only:**

**January 11-15, 2004**
**January 20-22, 2004**
**January 25-29, 2004**

As an added bonus, you'll receive **Two-for-One Show Ticket Offer** to either Clint Holmes or Skintight at Harrah's Las Vegas or to The Scintas or Showgirls at Rio. Just present this postcard along with your room key to the Rio or Harrah's Las Vegas Box Office.

**CALL 1-888-746-0240** or your local rep for reservations and ask for offer code: **HRIRHD2H37**

Code: B079-AS65

Offer valid at Rio or Harrah's Las Vegas only. Subject to availability. Offer is not transferable and may not be combined with other offers, including tournaments. Limit one offer per household per trip. Major credit card or cash deposit required. Must be a Rio or Harrah's Las Vegas room guest with this particular offer to receive 2 for 1 show ticket. Blackout dates apply. No substitution, credit or cash value. Management reserves all rights including the right to change, cancel, or amend this offer.

Know when to stop before you start.® Gambling problem? Call 1-800-522-4700 ©2004 Harrah's Operating Company, Inc.

P.O. Box 15000 • Las Vegas, Nevada • 89114

Presorted
First Class
US Postage
PAID

**Harrah's**
LAS VEGAS

TIMOTHY CALKINS
2 LANDING DR
BREWSTER MA 02631-2716



Detach and Seal

Detach and Seal



# Reply Form

### If you don't want to go online to enter, use this Reply Form.

Do you have an email address?

❑ Yes, here is my email address _____

❑ No, I don't have an email address

❑ Yes, I have an email address, but prefer to receive my offers via direct mail

Name: _____

Telephone Number: _____

**Must be postmarked no later than April 12, 2003.**



Rio

Harrah's Las Vegas

Harrah's Laughlin

# You click. You choose.
# You stay...FREE!

- Go to www.harrahs.com/clickandstay and complete the online form by April 12, 2003.

- As a special thank you for your email address, we will send you and a friend coupons for a 2-night stay Sunday through Thursday and show tickets to your choice of Harrah's Las Vegas, Harrah's Laughlin or the Rio.

- Check your email in early May for coupons redeemable in June, July or August 2003.

This promotion is governed by Nevada Law. Void where prohibited by law. Drawing times are approximate. Harrah's reserves the right to change drawing and event times due to unforeseen or extenuating circumstances. Must be 21 or older to gamble. Know When To Stop Before You Start.© Gambling Problem? Call 1-800-522-4700. ©2003, Harrah's Operating Company, Inc.



FIRST-CLASS
POSTAGE
REQUIRED
IF MAILED
IN THE
UNITED STATES

17001200457
ATTN LESLIE HALBICH
HARRAHS LAS VEGAS
PO BOX 15000
LAS VEGAS NV 89114



Receive valuable
offers with a click
of a mouse

Enter Today!

**ATTN:** Chris O'Hora

# Rio
## SUITE HOTEL & CASINO

August 16, 2002

Tim Calkins
2 Landing Drive
Brewster, MA 02631

     **RE:   Guest Claim, SR #02-03398**

Dear Mr. Calkins:

First of all I would like to apologize to you for the incident, which occurred on August 14, 2002. Additionally, I hope that you are feeling better and that you enjoy the remainder of your stay.

Pursuant to my conversation with your wife today, I have agreed to compensate you a four-night stay at the Rio at a later date. In addition, I have authorized a $200.00 food and beverage account for your current stay. To take advantage of this, please charge your meals to your room and all food and beverage up to the $200.00 limit will automatically be taken off your account. Lastly, I have authorized taxi far for you to be able to get our prescription.

The complimentary four-night stay at the Rio Suite Hotel and Casino (standard suite, room and tax only) will be valid for one year from the date of this letter. When you are ready to make your reservations, please contact my office directly at (702) 777-7669, and I will be happy to make the necessary arrangements.

We appreciate and thank you for your utmost patience and cooperation in this matter. We look forward to hearing from you and having you return once again to the Rio as one of our valued guest.

Very truly yours,

Dennis L. Lindenbach
Risk Manager