## EXHIBIT 7

EXHIBIT 7



- Total Rewards®
- Reservations
- Our Casinos
- Hot Deals
- Promos and News
- Play for Fun

OUR CASINOS

SELECT ONE OF THE CASINO LIN[

Harrah's Las Vegas
Rio All-Suite Hotel & Casino
Harrah's Tahoe
Harveys Tahoe
Bill's Casino
Harrah's Reno
Harrah's Laughlin
Harrah's Phoenix Ak-Chin
Harrah's Rincon Casino & Resort
Harrah's Prairie Band
Harrah's Council Bluffs
Bluffs Run Casino
Harveys Wagon Wheel



LOOKING FOR A HOT DEAL?
CLICK HERE

Harrah's A[
Showboat A[
Harrah's Ne
Harrah's S
Harrah's La
Harra
Harrah's
Harrah's
Harrah'
Harrah's Ea:
Har
Harrah's
Harrah's North K

Or, select a Harrah's Casino from the menu:
Select Casino  GO

   



Total Rewards | Reservations | Our Casinos
Last Minute Deals | Promos and News | Play For Fun
Home | About Us | Event Calendar | Alliances | Employment | Contact Us | Help |

Know When to Stop Before You Start.® Gambling Problem? Call 1-800-522-4[

Privacy | Security | Legal
© 2002, Harrah's Entertainment, Inc. All rights reserved.