UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>    Defendants. | Civil Action No. 04-12044-GAO |

## PLAINTIFFS' INITIAL DISCLOSURES IN COMPLIANCE WITH
## FED. R. CIV. P. 26(a)(1)

The plaintiffs Timothy and Christine make the following initial disclosures in accordance with Fed. R. Civ. P. 26(A)(1).

    **A. RULE 26(A)(1)(A) – INDIVIDUALS WITH DISCOVERABLE INFORMATION**

    Timothy Calkins
    2 Landing Drive
    Brewster, MA 02631
    508-896-2003

    Christine Calkins
    2 Landing Drive
    Brewster, MA 02631
    508-896-2003

    Nancy Griffin
    P.O. Box 176
    E. Orleans 02643
    508-726-7914

Dennis Lindenbach
Risk Manager
Rio Suites
3700 West Flamingo Road
Las Vegas, NV 89103
(702) 777-7777 x 2350

Robert J. Reyes
CCMSI
Harrah's Western Region Claims Manager
777 North Rainbow Boulevard, Suite 230
Las Vegas, NV 89107
(866) 446-1424

Pamela Penska
CCMSI
Harrah's Western Region Claims Manager
777 North Rainbow Boulevard, Suite 230
Las Vegas, NV 89107
(866) 446-1424 x 4823

Diane Richardson
Liabilities Claim Specialist
CCMSI
777 North Rainbow Boulevard, Suite 230
Las Vegas, NV 89107
(866) 446-1424 x 4821

Donald H. Reisch, M.D.
Desert Springs Hospital
2075 East Flamingo Road
Las Vegas, NV 89119
(702) 259-1228

Achilles K. Papavasiliou, M.D.
Neurosurgeons of Cape Cod
40 Quinlan Way
Hyannis, MA 02601
(508) 771-0006

Bruce Sigsbee M.D
Penobscot Bay Neurology
4 Glen Cove Drive, Suite 108
Rockport, ME 04856
(207) 594-4848

Robert A. Monighetti M.D.
130 North Street
Hyannis, MA 02601
(508) 771-4757

Peter M. McKay, M.D.
Harwich Medical Associates
1421 Route 39
Harwich, MA 02645
(508) 430-1220

Shapur Ameri, M.D.
61 Lincoln Street, Suite 108
Framingham, MA 01701
(508) 879-5040

Vincent P. Birbiglia, M.D.
100 Independence Drive
Hyannis, MA 02601
(508) 775-2600

Edward F. Caldwell, M.D.
65 Cedar Street
Hyannis, MA 02601-3009
(508) 790-0611

**B. RULE 26(A)(1)(B) – DOCUMENTS IN SUPPORT OF PLAINTIFFS' CLAIMS**

<u>Medical Records and Bills of</u>:

Cape Cod Neurology

Desert Springs Hospital

Desert Springs Radiology

Peter M. McKay, M.D., Harwich Medical Associates

Robert A. Monighetti, M.D.

Shields MRI of Cape Cod

<u>Medical Records of</u>:

Shapur Ameri, M.D.

Vincent P. Birbiglia, M.D.

3

Edward Caldwell, M.D.

Achilles K. Papavasiliou, M.D.

Physiotherapy Assoc.

Bruce Sigsbee, M.D.

X-Rays of Timothy Calkins

Promotional materials from Rio All-Suite Hotel and Casino

E-mail confirmation of reservations at Rio Hotel and Casino;

E-mail from Discovery Channel;

Boston Globe article dated 8/98;

Securities and Exchange Commission from 10K on Harrah's; and

Entertainment, Inc.

This list does not include additional documents, including additional medical records, films, and bills that the plaintiffs are presently pursuing and other documents which the plaintiffs may obtain through discovery.

### C. RULE 26(A)(1)(C) - COMPUTATION OF DAMAGES

To date, Timothy Calkins' mounting medical expenses exceed $13,000 (as evidenced by the bills presently in the plaintiffs' possession). His lost wages are in the range of approximately $22,000 to date (approximately $11,000 for the period 08/14/02 to 12/31/02 and approximately $11,000 for the period 01/01/02 through the March 31, 2003). Incidental expenses include the cost of his trip ($5,000), co-ay for Desert Springs Hospital ($50.00) and cab fare to and from the Hospital ($40.00).

Additional damages to be decided by a jury include Timothy Calkins' pain and suffering and loss of enjoyment of life.

4

Respectfully submitted,

The Plaintiffs,

TIMOTHY W. CALKINS and
CHRISTINE A. CALKINS,

By their attorneys,

_____
Christopher R. O'Hara (BBO# 548611)
Jeffrey N. Catalano (BBO# 567798)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: 11/18/04

## CERTIFICATE OF SERVICE

I, Jeffrey N. Catalano, hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record via electronic mail and regular mail this 18th day of November, 2004.

_____
Jeffrey N. Catalano