UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIMOTHY W. CALKINS and
CHRISTINE A. CALKINS,

        Plaintiffs,

v.

HARRAH'S ENTERTAINMENT, INC.
HARRAH'S OPERATING COMPANY,
INC., RIO PROPERTIES, INC., RIO
HOTEL & CASINO, INC. d/b/a RIO
ALL-SUITE HOTEL & CASINO and the
RIO,

        Defendants.

Civil Action No. 04-12044-GAO

## SECOND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b) (2), (3), (4), (5) and (6), defendants Rio Properties, Inc., Rio Hotel & Casino, Inc., Harrah's Entertainment, Inc. and Harrah's Operating Company, Inc. (the "Defendants") hereby respectfully move, a second time[1], for an Order from the Court dismissing the Amended Complaint in the above-captioned action on the grounds of failure to serve a legal entity or proper party, lack of personal jurisdiction, forum non conveniens, and failure to state a claim upon which relief can be granted.

In support of this Second Motion to Dismiss, the Defendants rely on, and refer the Court to, the *Memorandum in Support of Motion to Dismiss Plaintiffs' Amended Complaint* (Docket ("Dkt.") No.    ), the *Affidavit of Michael Kostrinsky* (Dkt. No. 12), the *Affidavit of Kenneth R. Knapp, Esq.* (Dkt. No. 13), and the *Affidavit of Andrew Duggan*, which is filed herewith.

---

[1] The Plaintiffs had not attempted to serve all of the Defendants when the *Motion to Dismiss Plaintiffs' Amended Complaint* was filed with the Court on November 1, 2004.

WHEREFORE, the Court should dismiss with prejudice the plaintiffs' *Amended Complaint and Demand for Jury Trial*, and should award the Defendants their costs and expenses incurred, including reasonable attorneys' fees, in bringing this Motion to Dismiss.

### REQUEST FOR ORAL ARGUMENT

The Defendants respectfully suggest that oral argument will aid the Court in its determination of this Motion to Dismiss, and requests that the Court schedule a hearing at its earliest convenience.

DEFENDANTS

By their attorneys,

__/s/ Ann Pauly__
Ann Pauly (BBO #546197)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated: November 23, 2004

### Certificate Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the Plaintiffs and have been unable to resolve the issues raised in this motion.

__/s/ Ann Pauly__

### Certificate of Service

I, Ann Pauly, hereby certify that, on November 23, 2004, I caused a true copy of the foregoing to be served by U.S. Mail upon counsel for the Plaintiffs.

/s/ Ann Pauly
Ann Pauly