UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and CHRISTINE A. CALKINS,<br><br>Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC., RIO PROPERTIES, INC. RIO HOTEL AND CASINO, INC. d/b/a RIO ALL-SUITE HOTEL & CASINO, and the RIO,<br><br>Defendants. | Civil Action No. 04-12044-GAO |

### AFFIDAVIT OF ANDREW DUGGAN

I, Andrew Duggan, hereby depose and state as follows:

1. I make this affidavit of my own personal knowledge, except where otherwise noted. I am over the age of twenty-one years, am suffering from no legal disability, and am competent to make this affidavit and testify to the statements and facts contained herein.

2. I am the Vice President of Finance for Rio Properties, Inc. I make this Affidavit on behalf of Rio Properties, Inc. and Rio Hotel & Casino, Inc. d/b/a Rio All Suite Hotel & Casino (the "Rio Defendants").

3. We have researched the records of the Rio Defendants for information concerning advertising purchased by the Rio Defendants. We did not find any records showing that the Rio Defendants purchased any advertising directed specifically to Massachusetts residents. The Rio Defendants do not advertise on Boston.com or on i4Vegas.com.

4. I understand that this case concerns reservations made through a website called www.i4vegas.com. The Rio Defendants do not own, operate or manage www.i4vegas.com, and do not have any contracts with i4vegas.

5. Neither of the Rio Defendants owns any real estate, or has offices or employees, in Massachusetts.

Signed under the penalties of perjury this   day of November, 2004.

_____
Andrew Duggan