UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and CHRISTINE A. CALKINS,<br><br>Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC., RIO PROPERTIES, INC., RIO HOTEL & CASINO, INC. d/b/a RIO ALL-SUITE HOTEL & CASINO and the RIO,<br><br>Defendants. | Civil Action No. 04-12044-GAO |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs Timothy and Christine Calkins hereby oppose the defendants' Second Motion to Dismiss Plaintiffs' Amended Complaint on the basis that the Plaintiffs' claims arise from the defendants' successful solicitation of these Massachusetts residents through on-line advertising, maintenance of an interactive website, acceptance of a room reservation and payment, and personal solicitation of the plaintiffs through promotional mailings to their home. These actions render the defendants subject to the Court's jurisdiction under M. G. L. c.223A, § 3, the Massachusetts long-arm statute. Furthermore, the defendants' voluntary solicitation of customers in Massachusetts, including the plaintiffs, made it reasonably foreseeable that they would be haled into Court in Massachusetts consistent with constitutional principles of due process and traditional notions of fair play and substantial justice. Moreover, the defendants have not proven that the plaintiffs' chosen forum of Massachusetts is so inconvenient that it

would be unfair to conduct the litigation therein. For these and other reasons, the defendants' third attempt to dismiss this case and avoid defending this action in Massachusetts has no merit and their Motion should be denied. In support of this Opposition, the plaintiffs rely on, and refer the Court to their Opposition to the defendants' first Motion to Dismiss the Plaintiffs' Amended Complaint and all exhibits attached thereto.

> Respectfully submitted,
>
> TIMOTHY W. CALKINS and
> CHRISTINE A. CALKINS
>
> By their attorneys,
>
> /s/ Jeffrey N. Catalano
> Christopher R. O'Hara (BBO # 548611)
> Jeffrey N. Catalano (BBO # 567798)
> TODD & WELD LLP
> 28 State Street, 31st Floor
> Boston, MA 02109
> (617) 720-2626

Dated: December 2, 2004