UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>        Plaintiffs,<br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-12044-GAO |

FILED
IN CLERKS OFFICE

2005 FEB 14  P 3: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF APPEARANCE OF SCOTT MCCONCHIE

Pursuant to Local Rule 83.5.2, please enter my appearance as attorney for the defendants in the above-captioned matter. In addition, please add my email address (sm@gtmllp.com) to the electronic service list.

Respectfully submitted,

*/s/ SMcC/*
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Dated: February 11, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand/facsimile on:
2/11/05  SMcC