UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 3: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>            Plaintiffs,<br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>            Defendants. | Civil Action No. 04-12044-GAO |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendants make the following disclosure:

- Defendant Rio Properties, Inc.'s stock is 100% owned by its parent, defendant Rio Hotel & Casino, Inc.;

- Defendant Rio Hotel & Casino, Inc., in turn, is 100% owned by defendant Harrah's Operating Company, Inc.;

- Defendant Harrah's Operating Company, Inc., in turn, is 100% owned by Harrah's Entertainment, Inc., a holding company and publicly traded entity.

DEFENDANTS

By their attorneys,

*SMcC*

Ann Pauly (BBO # 546197)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated: February 11, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand/facsimile on:
2/14/05  SMcC