UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>                  Plaintiffs,<br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>                  Defendants. | Civil Action No. 04-12044-GAO |

## ANSWER TO AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

The Defendants hereby respond to the plaintiffs' *Amended Complaint and Demand for Jury Trial* (the "Amended Complaint") as follows:

1. As to sentence one of paragraph one of the Amended Complaint, the Defendants admit that the Plaintiffs have brought this action, but deny any liability. To the extent that paragraph one contains conclusions of law, rather than allegations of fact, no response is required. To the extent that a response is required, the Defendants deny the allegations in paragraph one of the Amended Complaint.

2. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Amended Complaint.

3. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Amended Complaint.

4.   The Defendants admit that Harrah's Entertainment, Inc. is a corporation with a principal place of business at One Harrah's Court, Las Vegas, Nevada.

5.   The Defendants admit that Harrah's Operating Company, Inc. is a corporation with a principal place of business at One Harrah's Court, Las Vegas, Nevada.

6.   The Defendants admit that Rio Hotel & Casino Inc. is a corporation with a principal place of business at One's Harrah's Court, Las Vegas, Nevada.

7.   The Defendants admit that Rio Properties, Inc. is a corporation with a principal place of business at 3475 Las Vegas Boulevard, Las Vegas, Nevada.

8.   The Defendants admit that CSC Services, located at 502 East John Street, Room E, Carson City, Nevada, is a registered agent for the Defendants.

9.   The Defendants deny the allegations in paragraph 9 of the Amended Complaint.

10.   To the extent that paragraph 10 of the Amended Complaint contains conclusions of law, rather than allegations of fact, no response is required.  The Defendants otherwise deny the allegations in paragraph 10 of the Amended Complaint.

11.   The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in sentences 1, 2 and 3 of paragraph 11 of the Amended Complaint.  The Defendants deny the allegations contained in sentences 4, 5, 6 and 7, and deny any remaining allegations in paragraph 11 of the Amended Complaint.

12.   The Defendants deny the allegations in paragraph 12 of the Amended Complaint.

13.   The Defendants deny the allegations in paragraph 13 of the Amended Complaint.

14. The Defendants admit that the Plaintiffs apparently went to the Desert Springs Hospital Medical Center on August 16, 2002. The Defendants otherwise are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Amended Complaint.

15. The Defendants admit that on or about August 16, 2002, plaintiff Christine Calkins spoke to Dennis Lindenbach, but otherwise deny the allegations in paragraph 15 of the Amended Complaint.

16. The Defendants admit that on or about August 16, 2002, plaintiff Christine Calkins spoke with Mr. Lindenbach, but otherwise deny the allegations in paragraph 16 of the Amended Complaint.

17. The Defendants deny the allegations in paragraph 17 of the Amended Complaint.

18. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Amended Complaint.

19. The Defendants deny the allegations in paragraph 19 of the Amended Complaint.

20. The Defendants deny the allegations in paragraph 20 of the Amended Complaint.

21 The Defendants deny the allegations in paragraph 21 of the Amended Complaint.

22. The Defendants deny the allegations in paragraph 22 of the Amended Complaint.

23. The Defendants repeat and reallege their responses to the allegations contained in paragraphs through and including 22 with the same force and effect as if set forth fully herein.

24. To the extent that paragraph 24 of the Amended Complaint contains purported conclusions of law, rather than allegations of fact, no response is required. The Defendants deny any allegations of fact contained in paragraph 24 of the Amended Complaint.

25. To the extent that paragraph 25 of the Amended Complaint contains purported conclusions of law, rather than allegations of fact, no response is required. The Defendants deny any allegations of fact contained in paragraph 25 of the Amended Complaint.

26. The Defendants deny the allegations contained in paragraph 26 of the Amended Complaint.

27. The Defendants deny the allegations contained in paragraph 27 of the Amended Complaint.

28. The Defendants deny the allegations contained in paragraph 28 of the Amended Complaint.

29. The Defendants deny the allegations contained in paragraph 29 of the Amended Complaint.

30. The Defendants repeat and reallege their responses to the allegations contained in paragraphs 1 through and including 29 with the same force and effect as if set forth fully herein.

31. To the extent that paragraph 31 of the Amended Complaint contains purported conclusions of law, rather than allegations of fact, no response is required. The Defendants deny any allegations of fact contained in paragraph 31 of the Amended Complaint.

32. To the extent that paragraph 32 of the Amended Complaint contains purported conclusions of law, rather than allegations of fact, no response is required. Defendants deny any allegations of fact contained in paragraph 32 of the Amended Complaint.

33. The Defendants deny the allegations contained in paragraph 33 of the Amended Complaint.

34. The Defendants deny the allegations contained in paragraph 34 of the Amended Complaint.

35. The Defendants deny the allegations contained in paragraph 35 of the Amended Complaint.

36. The Defendants deny the allegations contained in paragraph 36 of the Amended Complaint.

37. The Defendants repeat and reallege their responses to the allegations contained in paragraphs 1 through and including 36 with the same force and effect as if set forth fully herein.

38. To the extent that paragraph 38 of the Amended Complaint contains purported conclusions of law, rather than allegations of fact, no response is required. Defendants deny any allegations of fact contained in paragraph 38 of the Amended Complaint.

39.    To the extent that paragraph 39 of the Amended Complaint contains purported conclusions of law, rather than allegations of fact, no response is required. The Defendants deny any allegations of fact contained in paragraph 39 of the Amended Complaint.

40.    The Defendants deny the allegations contained in paragraph 40 of the Amended Complaint.

41     The Defendants deny the allegations contained in paragraph 41 of the Amended Complaint.

42.    The Defendants deny the allegations contained in paragraph 42 of the Amended Complaint.

43.    The Defendants deny the allegations contained in paragraph 43 of the Amended Complaint.

44.    The Defendants repeat and reallege their responses to the allegations contained in paragraphs   through and including 43 with the same force and effect as if set forth fully herein.

45.    To the extent that paragraph 45 of the Amended Complaint contains purported conclusions of law, rather than allegations of fact, no response is required. The Defendants deny any allegations of fact contained in paragraph 45 of the Amended Complaint.

46.    To the extent that paragraph 46 of the Amended Complaint contains purported conclusions of law, rather than allegations of fact, no response is required. The Defendants deny any allegations of fact contained in paragraph 46 of the Amended Complaint.

47. The Defendants deny the allegations contained in paragraph 47 of the Amended Complaint.

48. The Defendants deny the allegations contained in paragraph 48 of the Amended Complaint.

49. The Defendants deny the allegations contained in paragraph 49 of the Amended Complaint.

50. The Defendants deny the allegations contained in paragraph 50 of the Amended Complaint.

51. The Defendants repeat and reallege their responses to the allegations contained in paragraphs 1 through and including 50 with the same force and effect as if set forth fully herein.

52. The Defendants deny the allegations contained in paragraph 52 of the Amended Complaint.

53. The Defendants repeat and reallege their responses to the allegations contained in paragraphs 1 through and including 52 with the same force and effect as if set forth fully herein.

54. The Defendants deny the allegations contained in paragraph 54 of the Amended Complaint.

55. The Defendants repeat and reallege their responses to the allegations contained in paragraphs  through and including 54 with the same force and effect as if set forth fully herein.

56. The Defendants deny the allegations contained in paragraph 56 of the Amended Complaint.

57. The Defendants repeat and reallege their responses to the allegations contained in paragraphs 1 through and including 56 with the same force and effect as if set forth fully herein.

58. The Defendants deny the allegations contained in paragraph 58 of the Amended Complaint.

59. The Defendants repeat and reallege their responses to the allegations contained in paragraphs 1 through and including 58 with the same force and effect as if set forth fully herein.

60. The Defendants deny the allegations contained in paragraph 60 of the Amended Complaint.

61. The Defendants repeat and reallege their responses to the allegations contained in paragraphs 1 through and including 60 with the same force and effect as if set forth fully herein.

62. The Defendants deny the allegations contained in paragraph 62 of the Amended Complaint.

63. The Defendants repeat and reallege their responses to the allegations contained in paragraphs 1 through and including 62 with the same force and effect as if set forth fully herein.

64. The Defendants deny the allegations contained in paragraph 64 of the Amended Complaint.

65. The Defendants repeat and reallege their responses to the allegations contained in paragraphs   through and including 64 with the same force and effect as if set forth fully herein.

66. The Defendants deny the allegations contained in paragraph 66 of the Amended Complaint.

67. The Defendants repeat and reallege their responses to the allegations contained in paragraphs 1 through and including 66 with the same force and effect as if set forth fully herein.

68. The Defendants deny the allegations contained in paragraph 68 of the Amended Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Amended Complaint is barred, in whole or in part, by the applicable statute of limitations.

### SECOND AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by the law of comparative negligence.

### FOURTH AFFIRMATIVE DEFENSE

The Amended Complaint is barred, in whole or in part, by the Plaintiffs' own negligence, which was the proximate cause of any injuries allegedly sustained.

### FIFTH AFFIRMATIVE DEFENSE

No act or omission of the Defendants caused the injuries alleged.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred, in whole or in part, by their own failure to mitigate, minimize or avoid damages, if any.

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' Amended Complaint is barred, in whole or in part, by reason of laches, waiver, and unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction over the Defendants.

### NINTH AFFIRMATIVE DEFENSE

Any purported acts or omissions of acts alleged in the Amended Complaint to be negligent were committed, if at all, by a person for whose conduct Defendants were not legally responsible.

WHEREFORE, the Defendants request that the Court dismiss this action and enter judgment in favor of the Defendants, and award the Defendants their costs and attorneys' fees incurred in defending against the Amended Complaint.

DEFENDANTS
By their attorneys,

/s/ Ann Pauly
Ann Pauly (BBO #546197)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Dated: February 23, 2005

Certificate of Service

I, Ann Pauly, hereby certify that, on February 23, 2005, I caused a true copy of the foregoing to be served by U.S. Mail upon counsel for the plaintiffs.

/s/ Ann Pauly
Ann Pauly