UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>　　　　Defendants. | Civil Action No. 04-12044-GAO |

**JOINT STATEMENT OF THE PARTIES IN ACCORDANCE WITH
FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LOCAL RULE 16.1**

**(1) PROPOSED JOINT DISCOVERY PLAN:**

| | |
|---|---|
| A. Initial Disclosures by Plaintiffs Made: | November 18, 2004 |
| B. Initial Disclosures by Defendants Made: | February 24, 2005 |
| C. Amendment of Parties: | December 31, 2005 |
| D. Discovery Requests and Depositions Completed: | April 30, 2006 |
| E. Disclosure of Experts: | May 31, 2006 |
| F. Expert Discovery: | June 30, 2006 |
| G. Filing of Dispositive Motions: | July 14, 2006 |
| H. Final Pre-Trial Conference: | October 14, 2006 |
| I. Trial: | November 13, 2006 |

(2) **CERTIFICATIONS:**

The parties will bring executed certifications, pursuant to Local Rule 16.1(D)(3), to the conference on Tuesday, July 19, 2005.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Plaintiffs, | The Defendants, |
| TIMOTHY W. CALKINS AND CHRISTINE A. CALKINS | HARRAH'S ENTERTAINMENT,INC., HARRAH'S OPERATING COMPANY, INC., RIO PROPERTIES, INC., RIO HOTEL & CASINO, INC., D/B/A RIO ALL-SUITE HOTEL & CASINO AND THE RIO, |
| By their attorneys, | By their attorneys, |
| /s/ Jeffrey N. Catalano | /s/ Scott McConchie |
| Christopher R. O'Hara (BBO # 548611) Jeffrey N. Catalano (BBO # 567798) TODD & WELD LLP 28 State Street, 31st Floor Boston, MA 02109 (617) 720-2626 | Ann Pauly (BBO # 546197) Scott McConchie (BBO # 634127) Griesinger, Tighe & Maffei, LLP 176 Federal Street Boston, MA 02110 (617) 542-9900 |

Dated: July 14, 2005

2