UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>    Defendants. | Civil Action No. 04-12044-GAO |

### PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D) (3)

This certificate certifies that counsel for the plaintiffs and the plaintiffs have conferred regarding the following issues:

(a)     a budget for the cost of litigating this matter through trial; and

(b)     to consider a resolution of the litigation through the use of alternative dispute resolution at the appropriate time during the case.

The Plaintiffs,

_____
TIMOTHY W. CALKINS

_____
CHRISTINE A. CALKINS

Dated: July 1, 2005

TIMOTHY W. CALKINS and
CHRISTINE A. CALKINS

By their attorneys,

_____
Christopher R. O'Hara (BBO # 548611)
Jeffrey N. Catalano (BBO # 567798)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626