UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>                Plaintiffs,<br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>                Defendants. | Civil Action No. 04-12044-GAO |

## JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

The parties jointly request that the Court enter the Stipulated Protective Order, filed herewith, which shall be applicable to and govern any and all depositions, documents, and any other tangible things produced in response to requests for production thereof, answers to interrogatories, responses to requests for admissions, and all other discovery taken pursuant to the Federal Rules of Civil Procedure, as well as any other information exchanged by the parties in the above-captioned action or produced by a third-party witness which the disclosing party designates as confidential.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| TIMOTHY W. CALKINS AND CHRISTINE A. CALKINS | HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC., RIO PROPERTIES, INC., RIO HOTEL & CASINO, INC., D/B/A RIO ALL-SUITE HOTEL & CASINO AND THE RIO, |
| By their attorneys, | By their attorneys, |
| /s/ Jeffrey N. Catalano | /s/ Scott McConchie |
| Christopher R. O'Hara (BBO # 548611)<br>Jeffrey N. Catalano (BBO # 567798)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>(617) 720-2626 | Ann Pauly (BBO # 546197)<br>Scott McConchie (BBO # 634127)<br>Griesinger, Tighe & Maffei, LLP<br>176 Federal Street<br>Boston, MA 02110<br>(617) 542-9900 |

Dated: October 18, 2005