UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and <br> CHRISTINE A. CALKINS, <br><br> Plaintiffs, <br><br> v. <br><br> HARRAH'S ENTERTAINMENT, INC., <br> HARRAH'S OPERATING COMPANY, <br> INC., RIO PROPERTIES, INC., RIO <br> HOTEL & CASINO, INC. d/b/a RIO <br> ALL-SUITE HOTEL & CASINO and the <br> RIO, <br><br> Defendants. | Civil Action No. 04-12044-GAO |

**PRETRIAL DISCLOSURE OF PLAINTIFFS
TIMOTHY W. CALKINS AND CHRISTINE A. CALKINS**

Pursuant to the ongoing obligations under Rule 26(a)(3) of the Federal Rules of Civil Procedure and Local Rule 16.5 (C), Plaintiffs Timothy W. Calkins and Christine A. Calkins make the following Pre-trial Disclosures:

(A)   **WITNESSES**

   *1. Witnesses Whom the Plaintiffs Expect to Call to Testify at Trial:*

   Timothy Calkins
   2 Landing Drive
   Brewster, MA 02631
   508-896-2003

   Christine Calkins
   2 Landing Drive
   Brewster, MA 02631
   508-896-2003

Achilles K. Papavasiliou, M.D. (Fact and Expert)
Neurosurgeons of Cape Cod
40 Quinlan Way
Hyannis, MA 02601
(508) 771-0006

Nancy Griffin
P.O. Box 176
E. Orleans 02643
508-726-7914

Keeper of Medical Records
(for medical providers below)

## 2. Witnesses Whom the Plaintiffs May Call to Testify if Need Arises

Shapur Ameri, M.D.
61 Lincoln Street, Suite 108
Framingham, MA 01701
(508) 879-5040

Vincent P. Birbiglia, M.D.
100 Independence Drive
Hyannis, MA 02601
(508) 775-2600

Peter M. McKay, M.D.
Harwich Medical Associates
1421 Route 39
Harwich, MA 02645
(508) 430-1220

Robert A. Monighetti M.D.
130 North Street
Hyannis, MA 02601
(508) 771-4757

Donald H. Reisch, M.D.
Desert Springs Hospital
2075 East Flamingo Road
Las Vegas, NV 89119
(702) 259-1228

2

Bruce Sigsbee M.D.
Penobscot Bay Neurology
4 Glen Cove Drive, Suite 108
Rockport, ME 04856
(207) 594-4848

**(B)**   **WITNESSES WHOSE TESTIMONY WILL BE PRESENTED LIVE OR BY DEPOSITION**

J. Fiti, Security Officer
Rio Suites
3700 West Flamingo Road
Las Vegas, NV 89103.

Bruce Leonardo
Security Officer
Rio Suites
3700 West Flamingo Road
Las Vegas, NV 89103.

Dennis Lindenbach
Risk Manager
Rio Suites
3700 West Flamingo Road
Las Vegas, NV 89103
(702) 777-7777 x 2350

Lt. Kevin Loomis
Security Manager
Rio Suites
3700 West Flamingo Road
Las Vegas, NV 89103.

Thomas Post, Jr.
Rio Suites
3700 West Flamingo Road
Las Vegas, NV 89103

Rio Suites 30(b)(6) Deponent
Rio Suites
3700 West Flamingo Road
Las Vegas, NV 89103

**(C)    DOCUMENTS PLAINTIFFS EXPECT TO OFFER IN EVIDENCE AT TRIAL**

*1. Documents Plaintiffs Expect to Introduce:*

Videotape and photographs depicting incident obtained by defendants

Photographs of Rio

Rio Guest Accident/Illness Report dated 8/14/02

Rio Security Report dated 8/14/02

Rio Statement by Bruce Leonardo dated 8/14/02

Rio Security Department Manual of Policies and Procedures, Rules and Regulations 1999

Letter from Dennis L. Lindenbach to Tim Calkins dated 8/16/02

Letter from Tim Calkins to Dennis Lindenbach dated 8/02

Record of Discussion/Incident Report re: Bruce Leonardo dated 9/20/91

E-mail from Mark Taylor to Charles Barnett et al. dated 4/02/01

Personnel file of Kevin Loomis; *Rio Supervisory Performance Evaluation of Kevin Loomis, dated 7/28/99*;

Rio Incident Reports re: Kevin Loomis, dated 7/25/98; 7/2/99 and 4/17/01

Documents marked at Depositions of the Rio Defendants and their employees

<u>Medical Records of Plaintiff and Bills from:</u>

    Achilles K. Papavasiliou, M.D./Cape Cod Neurology

    Desert Springs Hospital

    Desert Springs Radiology

    Peter M. McKay, M.D./Harwich Medical Associates

    Robert A. Monighetti, M.D.

    Shields MRI of Cape Cod

Shapur Ameri, M.D.

Vincent P. Birbiglia, M.D.

Physiotherapy Assoc., East Harwich, MA

Bruce Sigsbee, M.D.

Lahey Clinic

Cape Cod Hospital Rehabilitation Center

Keeper of Records (for each of the medical record providers listed in this pre-trial disclosure)

Films of:

Shields MRI of Cape Cod

Desert Springs Hospital

2. *Documents Plaintiffs May Introduce if Need Arises:*

Promotional materials from Rio All-Suite Hotel and Casino to Plaintiffs

E-mail confirmation of reservations at Rio Hotel and Casino;

Securities and Exchange Commission from 10K on Harrah's Entertainment, Inc.

Documents from the business records of Management Services, Inc.

The Plaintiff reserves the right to supplement the list of exhibits. The Plaintiff further reserves the right to object to any of the documents listed above, if offered by the Defendants.

Respectfully Submitted,

The Plaintiffs;

TIMOTHY W. CALKINS and
CHRISTINE A. CALKINS,
By their attorneys,


  /s/ Christopher R. O'Hara
Christopher R. O'Hara, Esq. (BBO #548611)
Jeffrey N. Catalano, Esq. (BBO# 567798)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: October 20, 2006

6