UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>  Plaintiffs,<br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>  Defendants. | Civil Action No. 04-12044-GAO |

## DEFENDANTS' PRETRIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(3), the Defendants hereby make the following pre-trial disclosures. The Defendants reserve the right to supplement their disclosures.

### Witnesses

The witnesses whom the Defendants may call to testify at trial will depend upon the Plaintiffs' case in chief. At this time, the Defendants expect that they may call the following persons to testify at trial:

1. Christine Calkins
2. Timothy Calkins
3. Jeffrey Catalano, Esq.
4. Christopher O'Hara, Esq.
5. Ms. Lisa McGonagle
6. Keeper of Records, Neurosurgeons of Cape Cod
7. Achilles Papavasiliou, M.D.
8. Keeper of Records, Salt Marsh Medical Associates, PC.
9. Bruce Sigsbee, M.D.
10. Keeper of Records, McBride's Accounting Service
11. Nancy Griffin
12. Dennis Lindenbach

    13.     Bruce Leonardo
    14.     J. Fiti
    15.     Lt. Kevin Loomis
    16.     Thomas Post, Jr.
    17.     Donald H. Reisch, M.D.
    18.     Keeper of Records, Desert Springs Hospital Medical Center
    19.     Robert A. Monighetti, M.D.
    20.     Keeper of Records, Cape Cod Hospital Rehabilitation Center Massachusetts
    21.     Peter M. McKay, M.D.
    22.     Keeper of Records, Harwich Medical Associates
    23.     Shapur Ameri, M.D.
    24.     Vincent P. Birbiglia, M.D.
    25.     Keeper of Records, Cape Cod Neurology, P.C.
    26.     Edward F. Caldwell, M.D.
    27.     Keeper of Records, Flamingo Emergency Physicians
    28.     Keeper of Records, Physiotherapy Associates
    29.     Treating physical therapists, Physiotherapy Associates
    30.     Joseph S. Barr, M.D. (expert)
    31.     Any witnesses identified, but not called, by the Plaintiffs.

Depositions were taken of potential witnesses Christine Calkins, Timothy Calkins, Bruce Leonardo, J. Fiti, Dennis Lindenbach, and Kevin Loomis. In the event that any of those individuals are unable to appear at trial, the Defendants may seek to enter into evidence portions of their deposition transcripts. The Defendants may also seek to enter into evidence portions of the transcript of the Rule 30(b)(6) deposition of Rio Properties, Inc.

**<u>Documents and Other Exhibits</u>**

The Defendants may seek to offer into evidence the following documents:

1.     Tax returns for the Plaintiffs.

2.     Exhibits (or relevant portions thereof) from the depositions of Christine and Timothy Calkins numbered 2, 3, 4, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29, 32, 34, 36, 37, 38, 39, 40, 41, 42, 47, 48, 49, and 50.

3.     Portions of the medical records subpoenaed from the medical providers for Timothy Calkins.

4. Invoices and records from or concerning the plaintiffs' plumbing business.

5. Exhibits identified, but not offered into evidence, by the Plaintiffs.

>DEFENDANTS
>By their attorneys,
>
>__/s/ Ann Pauly_____
>Ann Pauly (BBO #546197)
>Scott McConchie (BBO #634127)
>Griesinger, Tighe & Maffei, LLP
>176 Federal Street
>Boston, MA 02110
>(617) 542-9900

Dated: October 23, 2006

## Certificate of Service

This is to certify that on October 23, 2006, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing system.

> _/s/ Ann Pauly_
> Ann Pauly