UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TIMOTHY W. CALKINS and <br> CHRISTINE A. CALKINS, <br><br> Plaintiffs, <br><br> v. <br><br> HARRAH'S ENTERTAINMENT, INC., <br> HARRAH'S OPERATING COMPANY, <br> INC., RIO PROPERTIES, INC., RIO <br> HOTEL & CASINO, INC. d/b/a RIO <br> ALL-SUITE HOTEL & CASINO and the <br> RIO, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04-12044-GAO |

## PLAINTIFFS' ASSENTED TO MOTION TO CONTINUE TRIAL

The Plaintiffs Timothy and Chris Calkins respectfully request a brief continuance of the trial presently scheduled for December 4, 2006 to another date to be determined at the time of the pre-trial conference on November 20, 2006. The reason for this request is that the Plaintiffs' one and only expert, neurosurgeon Dr. Achilles K. Papavasiliou, is not available for trial during that week due to previously planned personal time off that week. Additionally, the parties have not been able to obtain a mutually convenient date to take his videotaped testimony prior to trial. Defense counsel Ann Pauly, Esq., has assented to this Motion to Continue.

In further support of this Motion, the Plaintiffs respectfully refer to their Memorandum in Support of their Assented to Motion to Continue Trial.

Respectfully Submitted,

The Plaintiffs;

TIMOTHY W. CALKINS and
CHRISTINE A. CALKINS,
By their attorneys,


/s/ Jeffrey N. Catalano
Christopher R. O'Hara, Esq.(BBO# 548611)
Jeffrey N. Catalano, Esq. (BBO# 567798)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
jcatalano@toddweld.com

**Assented to:**

The Defendants,

HARRAH'S ENTERTAINMENT, INC.,
HARRAH'S OPERATING COMPANY,
INC., RIO PROPERTIES, INC.,
RIO HOTEL & CASINO, INC.,
D/B/A RIO ALL-SUITE HOTEL &
CASINO AND THE RIO,
By their attorney,

/s/ Ann Pauly
Ann Pauly, Esq. (BBO #546197)
Scott McConchie, Esq., (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900
apauly@gtmllp.com


Dated: November 14, 2006