# EXHIBIT A

Case 1:04-cv-12044-GAO   Document 38-2   Filed 11/14/2006   Page 1 of 2

## Sullivan, Carol

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Tuesday, July 25, 2006 2:32 PM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:04-cv-12044-GAO Calkins et al v. Harrah's Entertainment, Inc./ Rio Properties, Inc. "Status Conference" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lyness, Paul entered on 7/25/2006 at 2:32 PM EDT and filed on 7/25/2006

**Case Name:** Calkins et al v. Harrah's Entertainment, Inc./ Rio Properties, Inc.
**Case Number:** 1:04-cv-12044
**Filer:**
**Document Number:**

**Docket Text:**
ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Status Conference held on 7/25/2006. Plaintiff to produce remaining relevant medical records. Defendant's expert disclosures due on or before 9/15/06; Expert depositions due on or before 10/15/06. Jury Trial set for 12/4/2006 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 11/21/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul)

The following document(s) are associated with this transaction:

**1:04-cv-12044 Notice will be electronically mailed to:**

Jeffrey N. Catalano    jcatalano@toddweld.com, drousseaux@toddweld.com

Scott McConchie    sm@gtmllp.com

Christopher R. O'Hara    cohara@toddweld.com, csullivan@toddweld.com

Ann Pauly    apauly@gtmllp.com

**1:04-cv-12044 Notice will not be electronically mailed to:**

7/25/2006