# EXHIBIT B

Case 1:04-cv-12044-GAO    Document 38-3    Filed 11/14/2006    Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC, RIO PROPERTIES, INC., RIO<br>ALL-SUITE HOTEL & CASINO, d/b/a<br>RIO HOTEL & CASINO and the RIO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-12044-GAO |

## AFFIDAVIT OF JEFFREY N. CATALANO, ESQ.

I, Jeffrey N. Catalano, Esq., being duly sworn, do hereby depose and state as follows:

1. I make this affidavit on personal knowledge.

2. At some point following the status conference in this matter on July 25, 2006, I contacted our expert Dr. Papavasiliou to inform him of the new trial date of December 4, 2006.

3. I subsequently learned from speaking with his office assistant, Linda, that he is not available during that week due to the fact that he had planned to take

personal time off that entire week. I further learned that he had arranged to take this time off at the beginning of 2006.

4. Once the conflict was discovered in mid-October, I informed Attorney Pauly and we tried to arrange a mutually convenient date on which Dr. Papavasiliou's testimony could be taken via videotape prior to trial. Regrettably, no mutually convenient date is available before December 4, 2006 on which Dr. Papavasiliou is also available.

5. Dr. Papavasiliou maintains a very busy practice and is in surgery three days a week. He sees on average twenty patients each of the two days when he is not in surgery. Therefore, if he were forced to cancel appointments and surgeries in order to testify via videotape prior to trial, it would be very disruptive (if not harmful) to the lives of those many patients who are scheduled to see him.

SIGNED under the pains and penalties of perjury on this 14th day of November, 2006.

/s/ Jeffrey N. Catalano
Jeffrey N. Catalano, Esq.

2