# EXHIBIT C

May 31, 2006

Jeffrey N. Catalano
Todd & Weld LLP
28 State Street
Boston, MA 02109

      Re: <u>Timothy Calkins</u>

Dear Attorney Catalano:

      I have been a treating neurologist for Mr. Calkins since 2003. Based on a history I obtained from Mr. Calkins, on or about August 14, 2002, Mr. Calkins, was injured at the Rio Casino in Las Vegas when one of the Rio's employees moved his chair when he stood up to place a bet. As a result, when he went to sit back down in his chair, he lost his balance and fell backward, striking his head and neck on a table behind him.

      On October 17, 2003, I first saw Timothy Calkins for a neurosurgical consultation at the request of his primary care physician Dr. McKay due to persistent complaints of severe neck pain and left arm pain. Mr. Calkins conveyed that the history of this neck and arm pain began after he suffered a fall approximately a year and a half prior to that visit. He underwent an MRI scan in December of 2002, which demonstrated some spondylosis and a question of a C6, 7 disc herniation. He reported that he had physical therapy and Prednisone and his symptoms improved. However three to four months prior to this visit, his symptoms returned with pain in his neck and the left shoulder. He also reported numbness and tingling to his 4th and 5th fingers. He relayed that the pain in his neck and shoulder was constant, and that the pain in his arm varies with days. The pain was worse when driving. At that time, I concluded that the pain he was experiencing was associated with the fall that he experienced at the Rio in Las Vegas. Upon physical examination, I documented that he had decreased range of motion and pain in his neck with extension to the left. I performed a complete neurological examination. I also reviewed his MRI scans, which demonstrated a disc bulge bilaterally at C6, 7. Due the fact that he presented with intractable neck and left arm pain and tingling and a C6, 7 disc bulge, I recommended that he obtain a cervical MRI scan to access what was going on with his neck.

      On November 14, 2003, I met with Mr. Calkins in follow up to his MRI scan for his persistent neck and left arm pain. At that time, he reported that the pain radiates from the neck down to the elbow. He also reported numbness and tingling in the 4th and 5th fingers. He conveyed that the pain in his neck and shoulder was still constant, but that

the pain in his arm continued to vary. The numbness was constant. The MRI scan of his cervical spine demonstrated a small disc bulge the C6, 7 level. There was no significant core compression or compression of the nerve roots. There was also a small disc bulge at the C5, 6 level on the right, but he had no symptoms on his right side. At that time, I did not observe a large central disc herniation to account for his symptoms. I did not see the etiology of the pain on his MRI scan. I determined that it would be reasonable to obtain EMGs of his left arm to see if it was possible to localize the radiculopathy. As a result, I referred him to Dr. Sigsbee.

On December 17, 2003, I saw Mr. Calkins in follow up for his chief complaint of arm pain. He presented with his EMG, which demonstrated ulnar neuropathy. His symptoms were consistent with pain radiating from the elbow down to the fourth and fifth fingers. I recommended a conservative course of treatment including an elbow brace for six weeks. I arranged to see him in follow up to discuss treatment options after that time and to assess whether or not he may need surgery.

On March 3, 2004, I again met with Mr. Calkins who felt that the pain and numbness in his arm improved. However, on July 16, 2004, I saw Mr. Calkins in follow up for his neck and left arm pain. He reported that his neck pain had significantly increased since last being seen. He also reported persistent arm pain and numbness in his hand at times. This was greater on the left side.

On May 24, 2006 I again examined Mr. Calkins. At that time, he reported that his complaints of neck that had continued unabated since the time of our last visit and right arm pain. As a result, I referred him for another MRI, which has not occurred as of the date of this report.

Based on my education, training, and experience, and my evaluations of Mr. Calkins as well as my review of the relevant medical records and films in this case, it is my opinion to a reasonable degree of medical certainty that the neck pain that Mr. Calkins has suffered over the past several years is directly and proximately related to the fall he had in August of 2002. The basis for this opinion is that Mr. Calkins has a disc bulge at C6, 7 and C5, 6 which, more likely than not, resulted from the trauma to his neck during the fall when he struck the table behind him. Mr. Calkins reports no previous history of neck pain or trauma. Therefore, the fact that Mr. Calkins has continued to suffer constant pain and limited range of motion in his neck suggests that the pain is more likely than not related to the bulges in Mr. Calkins neck.

It is also my opinion to a reasonable degree of medical certainty that a disc bulge such as the one the Mr. Calkins suffers can increase in size over time and can be a source of chronic problems. Finally, in light of the fact that Mr. Calkins' neck pain has persisted over the last several years, it is my opinion to a reasonable degree of medical certainty that Mr. Calkins is unlikely to experience any substantial improvement in the future with conservative therapy.

2

I reserve the right to supplement this opinion based on future evaluations and treatment including additional cervical MRIs that Mr. Calkins may obtain.

**Documents Reviewed**

I have reviewed my records regarding my care and treatment of Tim Calkins, which are attached as Exhibit A.

**Qualifications and Publications**

Attached as Exhibit B, is my curriculum vitae, which includes my qualifications and a list of my publications for the past ten years.

**Compensation**

I receive $1,000.00 per hour to testify for the first hour and $500.00 per hour for each subsequent hour of testimony as compensation for my time in providing expert opinions.

**Prior Testimony**

I testified on one prior occasion in a case where Maureen Bedford was the patient. The law firm was Goldberg and Weigand.

Sincerely,

Achilles K. Papavasiliou, M.D.