UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CALKINS
_____
         Plaintiff(s)

V.

HARRAH'S ENTERTAINMENT
_____
         Defendant(s)

CIVIL ACTION
NO. 04-12044-GAO

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE O'TOOLE

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On FEBRUARY 12, 2007 I held the following ADR proceeding:

☐ SCREENING CONFERENCE    ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION    ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL    ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☐ /were not ☑ present in person or by authorized corporate officer [except via speaker phone (as to defendants) ].

The case was:

☑ Settled. Your clerk should enter a 45 day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:


February 13, 2007
DATE

STUART B. ROBBINS, ESQ.
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)