UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY W. CALKINS and<br>CHRISTINE A. CALKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC., RIO<br>HOTEL & CASINO, INC. d/b/a RIO<br>ALL-SUITE HOTEL & CASINO and the<br>RIO,<br><br>    Defendants. | Civil Action No. 04-12044-GAO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties hereto, by and between their attorneys, that the claims set forth in the above-captioned action be, and hereby are, dismissed with prejudice and without costs to any party.

| | |
|---|---|
| TIMOTHY W. CALKINS AND<br>CHRISTINE A. CALKINS<br><br>By their attorneys,<br><br>/s/ Christopher O'Hara<br>_____<br>Christopher R. O'Hara (BBO # 548611)<br>Jeffrey N. Catalano (BBO # 567798)<br>TODD & WELD LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>(617) 720-2626<br><br>Dated:  April 2 , 2007 | HARRAH'S ENTERTAINMENT,INC.,<br>HARRAH'S OPERATING COMPANY,<br>INC., RIO PROPERTIES, INC.,<br>RIO HOTEL & CASINO, INC.,<br>D/B/A RIO ALL-SUITE HOTEL &<br>CASINO AND THE RIO,<br><br>By their attorneys,<br><br>/s/ Ann Pauly<br>_____<br>Ann Pauly (BBO # 546197)<br>Griesinger, Tighe & Maffei, LLP<br>176 Federal Street<br>Boston, MA  02110<br>(617) 542-9900 |